USDC- BALTIMORE
'23 AUG 16 AM 10:52

JDM 8.14.23

CEM: USAO# 2023R00541

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.** JKB-23-0278 |
| v. | (Sexual Exploitation of a Child, 18 U.S.C. § 2251(a); Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B); Forfeiture, 18 U.S.C. §§ 1467, 2253 and 2428) |
| **CHRISTOPHER KENJI BENDANN,** | |
| Defendant. | |

## INDICTMENT

### COUNT ONE
### (Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland charges that:

On or about September 16, 2017, in the District of Maryland, the defendant,

**CHRISTOPHER KENJI BENDANN,**

knowingly attempted to and did employ, use, persuade, induce, entice, and coerce Minor Victim to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depiction of such conduct, knowing and having reason to know that such a visual depiction was produced and transmitted using materials that were mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, that is, a video file titled, "IMG_6965.mov," depicting the Minor Victim's genitals, said video file having been made with an iPhone 7 and stored on the iCloud account associated with DSID: 105474467 and cbendann@gmail.com.

18 U.S.C. § 2251(a)

1

## COUNT TWO
### (Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland charges that:

On or about June 21, 2018, in the District of Maryland, the defendant,

**CHRISTOPHER KENJI BENDANN,**

knowingly attempted to and did employ, use, persuade, induce, entice, and coerce Minor Victim to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depiction of such conduct, knowing and having reason to know that such a visual depiction was produced and transmitted using materials that were mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, that is, three video files titled, "IMG_6966.mov," "IMG_6967.mov," and "IMG_6968.mov" depicting the Minor Victim's genitals, said video files having been made with an iPhone 7 and stored on the iCloud account associated with DSID: 105474467 and cbendann@gmail.com.

18 U.S.C. § 2251(a)

## COUNT THREE
### (Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland charges that:

On or about August 26, 2018, in the District of Maryland, the defendant,

**CHRISTOPHER KENJI BENDANN,**

knowingly attempted to and did employ, use, persuade, induce, entice, and coerce Minor Victim, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depiction of such conduct, knowing and having reason to know that such a visual depiction was produced and transmitted using materials that were mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, that is, two video files titled, "IMG_6974.mov" and "IMG_6975.mov," depicting the Minor Victim's genitals, said video files having been made with an iPhone 7 and stored on the iCloud account associated with DSID: 105474467 and cbendann@gmail.com.

18 U.S.C. § 2251(a)

## COUNT FOUR
### (Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland charges that:

On or about January 2, 2019, in the District of Maryland, the defendant,

**CHRISTOPHER KENJI BENDANN,**

knowingly attempted to and did employ, use, persuade, induce, entice, and coerce Minor Victim, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depiction of such conduct, knowing and having reason to know that such a visual depiction was produced and transmitted using materials that were mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, that is, a video file titled, "IMG_6969.mov," depicting the defendant touching Minor Victim's genitals, said video file having been made with an iPhone 7 and stored on the iCloud account associated with DSID: 105474467 and cbendann@gmail.com.

18 U.S.C. § 2251(a)

## COUNT FIVE
### (Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland charges that:

On or about February 9, 2019, in the District of Maryland, the defendant,

**CHRISTOPHER KENJI BENDANN,**

knowingly attempted to and did employ, use, persuade, induce, entice, and coerce Minor Victim, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depiction of such conduct, knowing and having reason to know that such a visual depiction was produced and transmitted using materials that were mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, that is, a video file titled, "IMG_6976.mov," depicting the defendant touching Minor Victim's genitals, said video file having been made with an iPhone XS and stored on the iCloud account associated with DSID: 105474467 and cbedann@gmail.com.

18 U.S.C. § 2251(a)

## COUNT SIX
### (Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

In and between September 1, 2017 and January 23, 2023, in the District of Maryland, the defendant,

**CHRISTOPHER KENJI BENDANN,**

did knowingly possess any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which image had been mailed, shipped and transported using any means or facility of interstate and foreign commerce and in and effecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, an internet-based iCloud account associated with DSID: 105474467 and cbedann@gmail.com containing one or more visual depictions of a minor engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 2253, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's convictions on any of the offense charged in Counts One through Six of this Indictment.

### Sexual Exploitation of Children and Possession of Child Pornography Forfeiture

2. Upon conviction of any of the offenses set forth in Counts One through Six of this Indictment, the defendant,

**CHRISTOPHER KENJI BENDANN,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a):

   a. any visual depiction described in Title 18, United States Code, Sections, 2251, 2251A, 2252, or 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received, or possessed in violation of Title 18, United States Code, Chapter 110;

   b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

   c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

### Property Subject to Forfeiture

3. The property to be forfeited includes, but is not limited to, the following items seized from the defendant's residence in Baltimore, Maryland, on or about February 3, 2023:

    a.   Apple iPhone model: A1549, IMEI: 354405069758749;
    b.   White Apple iPhone and clear Gilman case; and
    c.   Apple iPhone 11 Pro, s/n: C39CK3CRN6XR.

### Substitute Assets

5. If any of the property described above, as a result of any act or omission of the defendant:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

    c.   has been placed beyond the jurisdiction of the Court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property that cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

18 U.S.C. §§ 1467, 2253, 2428
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

_Erek Barron_ /CEM/
Erek L. Barron
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

FOREPERSON

8-16-23
Date