USA

vs.

**Christopher Bendann**

AUG 18 2023

Civil/Criminal No. 23-cr-0278-JKB

Defendant's Exhibits

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 2 | 8/18/23 | 8/18/23 | Memo of Law in Support of Habeas Corpus Challenging Pretrial Detention |
| 3 | 8/18/23 | 8/18/23 | Order of Release from Circuit Court Judge Alexander |

Exhibit List (Rev. 3/1999)