IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER KENJI BENDANN,<br><br>Defendant. | CRIMINAL NO.  JKB-23-278 |

**MEMORANDUM IN SUPPORT OF PRETRIAL DETENTION**

The United States of America respectfully submits this memorandum in support of pretrial detention, under 18 U.S.C. § 3142.  The Court should order pretrial detention.  The Government has amassed evidence that Christopher Kenji Bendann ("Bendann") repeatedly sexually abused a Minor Victim over a period of at least eighteen months and produced videos of this abuse.  Bendann then a teacher at the Gilman School ("Gilman") where Minor Victim attended, had been Minor Victim's teacher-advisor.  Not only did Bendann violate Minor Victim by sexually abusing him and producing videos of him, but Bendann breached the hallowed responsibility entrusted to him to care for his student.  Further, Bendann extorted Minor Victim, even into early adulthood, threatening to publish the explicit images if Minor Victim did not comply with his disturbing demands to continue contact with Bendann and to send explicit images and videos.  When Bendann learned his conduct had been reported, he deleted his collection of files of sexual exploitation of Minor victim, and then called Minor Victim and told him that he had deleted the files, asking Minor Victim if he was the person who reported him.

A.      INTRODUCTION

On August 16, 2023, the Grand Jury returned a six-count indictment, under seal, against Bendann. Bendann is charged in Counts One through Five with Sexual Exploitation of a Minor (18 U.S.C. § 2251(a)) against Minor Victim, and in Count Six with Possession of Child Pornography (18 U.S.C. § 2252A(a)(5)(B). Bendann was arrested on August 18, 2023, and the case was unsealed. Bendann appeared before the Honorable Brendan A. Hurson for his initial appearance. Pretrial Services prepared a report recommending pretrial detention, indicating that no condition or combination of conditions can reasonably assure the safety of the community. Under 18 U.S.C. § 3142 (f) (1)(E), the Government requested that Bendann be detained pretrial. Bendann opposed and filed two exhibits during the Initial Appearance (Defense Exhibits 2 and 3). A detention hearing has been scheduled for Monday, August 21, 2023, at 10 a.m.

B.      PROCEDURAL BACKGROUND

On February 1, 2023, a residential search warrant was signed by a Baltimore County District Court judge for Bendann's home in Baltimore, Maryland; the warrant authorized the search and seizure of electronic devices. On February 3, 2023, the warrant was executed, and Bendann was arrested and charged with Sexual Child Abuse (Md. Ann. Code Crim. § 3-602), Second Degree Rape (Md. Ann. Code Crim. § 3-304), Third Degree Sexual Offense (Md. Ann. Code Crim. § 3-307), Fourth Degree Sexual Offense (Md. Ann. Code Crim. § 3-308) and Perverted Practice (Md. Ann. Code Crim. §3-322), all against Minor Victim. Case No. D-08-CR-23-14083. Bendann was initially held without bond and detained. A second detention or bail hearing was held in the Baltimore County District Court on February 21, 2023. After hearing arguments, which included the Defendant's Exhibit 2 filed in this matter[1], the district court judge granted pretrial

---

[1] Defendant's Exhibit 2, titled Memorandum of Law in Support of Petition for Writ of Habeus Corpus Challenging Pretrial Detention, is dated February 10, 2023. Of note, on p. 10, Bendann argues "the 'nature of the evidence' also

release with private home detention electronic monitoring, over the State's objection. On February 27, 2023, the Grand Jury sitting for Baltimore County returned a 16-count indictment, charging Bendann with Sexual Child Abuse, Second Degree Rape, Second Degree Sexual Offense, Third Degree Sexual Offense, and Solicitation of a Minor.   Case No C-03-CR-23-00938.[2]

On February 9, 2023, after the residential search warrant and prior to the state indictment, the United States District Court for the District of Maryland issued a search warrant for the eighteen digital devices that were seized by law enforcement on February 3, 2023. The Federal Bureau of Investigation (FBI) took custody of the devices to begin searching them for digital evidence based upon Minor Victim's statement, during the state-level investigation, that Bendann took sexually explicit videos and images of him. By order of this Court, filed under seal in BPG-23-446 (now MJM-23-446), the FBI ceased their search of the electronic devices on March 14, 2023.[3] Over the next several months, the parties engaged in filings and litigation under seal in MJM-23-446, and the examination of the digital evidence remained stalled. On August 10, 2023, the search of the electronic devices, as well as the iCloud, resumed. Based upon initial examination of Bendann's iCloud account, the Government brought this Indictment on August 16, 2023, just six days after the court order allowed the search of electronic and digital evidence to resume. The FBI's search of the remainder of the iCloud and the electronic devices remains ongoing.

C.      FACTUAL BACKGROUND

---

encompasses what is absent here: the probable cause statement cites no… electronic evidence… It is a single, anonymous person's [Minor Victim's] statement. Period."
[2] On August 18, 2023, the State of Maryland filed a Motion to Revoke the Defendant's Bond based upon Bendann's arrest in this federal case.
[3] The Government made the decision to include the iCloud account cbendann@gmail.com as part of the proceedings in MJM-23-446. The iCloud account was obtained pursuant to a separate warrant and not part of the Court's March 14, 2023 order. Because the contents of the iCloud account could likely include some of the same evidence that may be found on Bendann's Apple devices, the Government also stopped searching the iCloud account.

Bendann is 39 years old and previously worked as a middle school teacher and student advisor at the Gilman School in Baltimore, Maryland. Minor Victim met Bendann in that capacity when Minor Victim attended middle school at Gilman. Bendann was his student-advisor during this time. Beginning in 8th or 9th grade, around September 2016, Bendann would give Minor Victim and his friends rides home after they had been drinking. In exchange for the ride, Bendann would make Minor Victim and his friends run naked at Meadowood Park and at the hill at St. Paul's School. This went on for over a year.

On one occasion, when Minor Victim was a freshman or sophomore in high school at Gilman, Bendann drove a long way to pick Minor Victim from a party. On the drive home, Bendann stopped at McDonald's and bought Minor Victim something to eat. Bendann then told Minor Victim that Minor Victim "owed him" for having Bendann drive such a long way. Bendann told Minor Victim to get naked and masturbate; Minor Victim was 15 or 16 at the time. Minor Victim complied with Bendann's request. Over the course of the following year, Bendann continued to demand that Minor Victim remove his clothes and masturbate during their drives, and, at some point during these encounters, Bendann began to touch Minor Victim's genitals. The first touching began in Bendann's car when Bendann picked Minor Victim up from a party. The abusive acts intensified, and, as Minor Victim described, "things got worse.[4]"

Bendann began to take videos of Minor Victim while he was naked, when Minor Victim was touching himself, or when Bendann was touching Minor Victim.

Bendann would often housesit and babysit for families of Gilman. Bendann would allow student house parties to occur with Gilman students during his housesitting, knowing alcohol

---

[4] Taken from Minor Victim's interview with the Child Advocacy Center, described in the Statement of Charges for D-08-CR-23-014083.

would be consumed by the students.  Bendann would have Minor Victim join him while housesitting wherein he would sexually abuse him while in the homes of these other families who had trusted Bendann.  Bendann would also sexually abuse Minor Victim at Minor Victim's home.  Bendann would record these instances of abuse, often in the shower while in the residences of Gilman families and in Minor Victim's home.

Bendann demanded that Minor Victim send photos of himself over Snapchat routinely.  When Minor Victim tried to block or ignore Bendann, Bendann contacted Minor Victim's friends, attempting to find him.  Bendann threatened Minor Victim, telling Minor Victim he would expose the explicit images of Minor Victim if Minor Victim did not continue to do what Bendann wanted – a continuation of their contact and more explicit images and videos.  Minor Victim tried desperately to end the cycle, but Bendann would manipulate him and coerce him into providing more images and videos.

Bendann demanded more and more, even as Minor Victim moved away from Baltimore to attend college.  Bendann continued to demand that Minor Victim send images and videos over Snapchat, telling him that if he did not send at least four of these images each day, Bendann would expose Minor Victim.  If Minor Victim slowed down or tried to stop sending images over Snapchat, Bendann would send Minor Victim an explicit image of Minor Victim as a warning that he had incriminating photos and could expose them to others.

As late as December 7, 2022, Bendann was texting Minor Victim, now a young adult, using the demeaning name of "Puppy:"

| Bendann: | [Minor Victim's name] Boy |
| Bendann: | Puppy fucking answer |

| | |
|---|---|
| Bendann: | [Minor Victim's name] |
| Bendann: | Why does [Minor Victim's friend] keep adding me |
| Bendann: | Puppy^ |
| Bendann: | Puppy respond |
| Bendann: | Puppets |
| Bendann: | Pup really? **Snap** back you are down to one a day and it is a big problem[5] |
| Bendann: | Hey |
| Bendann: | **Snap** again |

**D.    ANALYSIS OF 18 U.S.C. § 3142(g) FACTORS**

The totality of the circumstances compels detention of Bendann. Bendann is charged with five counts of Sexual Exploitation of a Minor, 18 U.S.C. 2251(a).  Under 18 U.S.C. 3142 (e)(3)(E) (listing 2251 as an enumerated offense) there is a presumption in favor of detention. This provision also requires the judicial officer to find that there is probable cause to believe that Bendann committed the enumerated offenses.  18 U.S.C. 3142(e)(3).  This finding may be made by virtue of the grand jury indictment itself.  *United States v. Anderson*, 2020 WL 1929440 at *2 (D. Md. Apr. 20, 2020).  When seeking detention based on community safety, the Government's burden is clear and convincing evidence.  *Id.* In a presumption case where evidence is offered by the defendant to counter the presumption, the presumption "does not fall out of the picture entirely but rather remains a factor in the court's totality of the circumstances analysis.  *Id.* at *3. When seeking a detention order, the Government may proceed by proffer of evidence.  *See United States v. White,* 2015 WL2374229, at 82 (D. Md. May 15, 2015).

---

[5] This is consistent with Minor Victim's statement that he had to send a certain number of images a day over Snapchat, or Bendann would get angry and threaten him.

*Nature and Circumstances of the Offenses Charged:*

Bendann sexually abused Minor Victim repeatedly, using manipulation, coercion, and extortion to commit his crimes. Moreover, Bendann produced videos of this abuse and is now charged with that sexual exploitation of Minor Victim.

On August 8, 2023 the FBI resumed searching the digital evidence, including Bendann's iCloud account cbendann@gmail.com. The five sexually explicit videos of Minor Victim that make up the five instances of sexual exploitation of Minor Victim were found in the "Expunged" folder of the iCloud account. According to Apple, the Expunged Folder is created through Apple's iCloud Photo Library file management process and is not a user created folder. The Expunged folder contains files correlating to files that were recently deleted by the user. The files remain in the Expunged folder in the iCloud for a period of time but are then deleted through automated process. In other words, the evidence in this case had been deleted by Bendann, but, because the FBI had filed a preservation letter with Apple in time, the deleted video files remained in the Expunged folder. This is consistent with what Bendann told Minor Victim, that he deleted everything.

The five videos explicitly depict Bendann's sexual exploitation of Minor Victim including engaging in sex acts in various locations, consistent with Minor Victim's disclosure. The videos further establish that the exploitation occurred in Bendann's car, at the homes of Gilman families, and at Minor Victim's home. The Government has attached a full description of the videos in Exhibit A, attached and filed under seal.

Bendann began grooming Minor Victim at a young age, providing him with alcohol and driving him home from parties when Minor Victim was too drunk, helping him circumvent

parental oversight of their underage child.  Bendann coerced Minor Victim into producing these videos, later extorting him with exposure in order to position Minor Victim in a cycle of never-ending exploitation.

On January 13, 2023, the Gilman School received a call from a parent who reported that her son had been on Snapchat with Bendann in August 2021 and that Bendann had bought alcohol for her son and his friends.  The parent reported that Bendann had her son and others run naked around Meadowood Park and that this occurred multiple times.  Bendann spoke with these students over Snapchat and would get very persistent with them if they did not respond to Bendann's messages[6].  On January 16, 2023, Bendann was  placed on administrative leave.  He was terminated from his employment at the Gilman School on January 20, 2023.  Bendann contacted Minor Victim on or after January 16, 2023 asking if he is the one who reported Bendann to Gilman.  Bendann then told Minor Victim he was deleting everything.  Based on the Expunged file provided by Apple, Bendann did delete evidence in attempt to hide his crimes.

### Weight of the Evidence Against the Person:

The videos were found in Bendann's iCloud account, cbendann@gmail.com.  The videos either depict Bendann or are taken inside Bendann's car while he is filming Minor Victim.  Bendann told Minor Victim in January, 2023, that he was deleting everything and in fact these five videos were found in the Expunged folder, where deleted files are sent automatically by Apple.  There is no question that Minor Victim was under the age of 18 and the videos depict sexually explicit conduct.  There is no question that the videos were created and produced by

---

[6] This report is almost verbatim the grooming tactics and manipulation described by Minor Victim

Bendann, who is not only in some of the videos but saved the videos onto the iCloud account bearing his name.

Bendann is not in the same position as he was six months ago, when he held himself out as a "trusted community member and not a predator.[7]" Bendann cannot claim he had a "stellar reputation before these false allegations [by Minor Victim][8]"  Bendann cannot base his claim for pretrial release on: "the evidence again Mr. Bendann at this stage comes from law enforcement's interview of one anonymous victim… a case of one witness's word against Mr. Bendann's."[9] Bendann now stands against the entire weight of his self-created exploitive videos with the full knowledge that the public knows Minor Victim was truthful.

*History and Characteristics of the Person:*

The Government agrees Bendann has no prior criminal convictions.  However, Bendann does have an alarming history of inappropriate conduct with students, and other allegations of sexual abuse have been reported.

In May 2023, another victim came forward to the Baltimore County Police Department[10]. He has alleged that five years ago, when he was approximately 16 years old, Bendann was his babysitter while his parents traveled and were out of town.  This person, Minor Victim 2 remembers getting very drunk and passing out.  Minor Victim 2 began to regain consciousness and was being dragged to the shower by Bendann.  Minor Victim 2 was naked and started going in and out of consciousness.  Minor Victim 2  was brought back to his room and laid on his bed.

---

[7] See Defendant's Exhibit 2, p. 2
[8] *Id.* at p. 3
[9] *Id.* at p. 9
[10] These allegations of other minor victims are still being investigated at the state level.  The Government, now that the full search of the digital device and iCloud is underway, is also investigating these allegations for any possible violation of federal law.

Bendann began to perform fellatio on him.  Minor Victim 2 then describes that Bendann began to have sex with him.   Minor Victim 2 was drunk and unable to consent at this time.  Minor Victim 2 was in the care and custody of Bendann, having been entrusted as such by Minor Victim 2's parents.

    Additionally, a third victim, Minor Victim 3 has made disclosures against Bendann.  Minor Victim 3 had been drinking alcohol at another location, and Bendann gave him a ride back to Minor Victim 3's house, where Bendann was housesitting Minor Victim 3 at his parents' request.  Minor Victim 3 was 15 years old.  After eating food prepared by Bendann,  Minor Victim 3 blacked out.  When Minor Victim 3 woke up, he was naked on his own bed with only the living room blanket covering his genitals.  Bendann told Minor Victim 3 that he was sleep-walking and sleep-dancing, and taking off his own clothes, so Bendann wrapped the blanket around Minor Victim 3 and brought him to his room.

    A fourth victim, Minor Victim 4 has made disclosures against Bendann.  Minor Victim 4 had been drinking at a graduation party while Bendann was housesitting at him home at his parents' request.  When Minor Victim 4 returned home, he went to sleep in his room.  When he woke up in the morning, he was naked on the couch on the lower level of his home.

    At the time that Bendann was placed on administrative leave and later fired from the Gilman School, the administration had fielded multiple of calls from parents alleging Bendann had supplied their children with alcohol and had them run "naked laps" at Meadowood Park as compensation for the alcohol.  At least 5 other students were involved in Bendann's grooming process of "naked laps."  The reports included that Bendann was on social media and texting with these students; he would be persistent with them, getting angry if the students did not

respond to him.    The students reported that they would attend house parties at the homes where Bendann was house sitting, and Bendann would encourage them to "skinny dip" in the house pool while he watched.  One student reported that Bendann would request naked or semi-naked photos of them in exchange for alcohol or other items.  For example, when this student requested that Bendann purchase vape pods for him, Bendann told this student he would purchase this in exchange for a photo of him naked, though he could cover his genitals with his hand.  A screenshot of that conversation follows:







These initial accounts are what led to Minor Victim bravely coming forward. The initial reports were made because someone heard about students discussing Bendann and these behaviors and decided to report it to the administration. But for that report, Bendann's extortion of Minor Victim, his grooming of others, would have continued.

The Gilman School administration had prior conversations with Bendann about his behavior with students. Bendann was counseled by the administration more than once to have clearer boundaries with students, to not socialize with them outside of the school (like going to dinner and movies), and to remain free from physical contact as well.

So, while Bendann has no prior criminal convictions, he clearly has a troubling history of grooming behaviors with students, furnishing them alcohol, watching them run or swim while naked, and requesting photos of them over Snapchat. All of this behavior is directly from the playbook that allowed him to exploit Minor Victim and is consistent with the disclosures of three other victims.

*Nature and Seriousness of the Danger to Any Person or the Community:*

This factor strongly favors detention. Bendann will likely point to his private home detention for the last several months on his state charges as the reason why he should be allowed to remain in the community. It is clear that the evidence in the state case was not nearly as overwhelming as it is in this case. It is clear Bendann is now aware of the strength of the Government's case and the existence of videos showing his sexual abuse of Minor Victim.

Bendann also took his Facebook and Instagram on June 27, 2023, posting to social media about his case.[11] Ten days before his arrest in this case, Bendann stood on the steps of the Baltimore County Circuit Court and stated: "Gilman and Baltimore have done their best to defame my character, to make my former students question my relationships with them. And that's what hurts the most."[12] As Bendann stood by his side, his attorney continued: "We now

---

[11] See Exhibit B, attached.
[12] *The Baltimore Banner, August 8, 2023, "With Sex Abuse Trial Date Set, Ex-Gilman School Teacher Speaks Out."*

stand some five, six months later and there is only one complaining witness… and that complaining witness has several reasons to be less than honest."[13] Bendann's boldness to lie in this way, knowing he created videos of Minor Victim, but believing he had successfully deleted them, is shocking.

These intimidation tactics have terrorized Minor Victim and his family. Minor Victim has been harassed by Minor Victim calling him a liar in the news. Minor Victim's well-being is threatened every day Bendann remains in the community. Minor Victim 2, Minor Victim 3, Minor Victim 4, and others are worried that Bendann will learn their identity and seek them out, or Bendann will contact them over social media and threaten them.

Bendann is a danger to the community. He continued to have access to social media and the internet, and Bendann used this access to comment about his case in a way that intimidates witnesses and potential victims from cooperating with the investigation. For this reason, and by nature of the crimes themselves, Bendann is a continuing danger to children everywhere. He is a serious risk of obstructing or attempting to obstruct justice, as Bendann has already destroyed and attempted to destroy evidence pertinent to this investigation.

E.  **SENTENCING GUIDELINES, MANDATORY MINIMUM AND MAXIMUM PENALTIES**

Bendann faces a mandatory minimum sentence of 15 years of incarceration and a maximum sentence of 30 years of incarceration if convicted of one count Sexual Exploitation of a Minor and a maximum sentence of 10 years if convicted of Possession of Child Pornography. As

---

[13] *Id.*

charged, the guidelines reflect an offense level of 46. Based on the evidence described above, the Government expects a guideline range for all of Bendann's conduct of life imprisonment.

F.      **CONCLUSION**

For the reasons stated above, and for any other presented at the detention hearing, there is no condition or combination of conditions that would reasonably assure the safety of the community, and Christopher Kenji Bendann should be detained pending trial.

Respectfully Submitted,

Erek L. Barron
United States Attorney

_____
Colleen Elizabeth McGuinn
Assistant United States Attorney