**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Criminal No. JKB-23-278** |
| **CHRISTOPHER KENJI BENDANN** | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### MOTION TO SEAL

The Government hereby moves to seal the Government's Attachment, Exhibit A, filed with the Memorandum in Support of Detention.  The Motion contains sensitive case information and references to a minor victim.

WHEREFORE, the Government requests that the above Motion be placed under seal.


Respectfully submitted,

Erek L. Barron
United States Attorney


By: _____
         Colleen Elizabeth McGuinn
         Assistant United States Attorney