

JOHN A. OLSZEWSKI, JR.
*County Executive*

WALT J. PESTERFIELD, *Director*
*Department of Corrections*

**To: The Honorable Robert Cahill Jr.**
Baltimore County Circuit Court
401 Bosley Avenue
Towson, MD 21204

**Re**: Christopher Kenji Bendann
**D.O.B** 07/01/1984
**Address:** 305 TUNBRIDGE RD BALTIMORE MARYLAND 21212
**Case #:** C03CR23000938  **Motions: 9/6 & 11/28 Jury Trial: 12/14/23**  **Referring Judge:** J. Alexander

**The above referenced client is supervised by the Baltimore County Pretrial Division.**

**Court order date: 2/21/23  Intake date: 2/27/23  Pretrial Level: 2**

**As of this date, the level of compliance is outlined below:**

_____ **COMPLIANCE**  _____ **NON-COMPLIANCE**  **XXX INFORMATIONAL, DUE TO THE FOLLOWING:**

_____ **Failure to report/call as directed:** _____
_____ **Arrested/Charged with:** _____
_____ **Positive/refusals - Urinalysis:** _____
_____ **Failure to comply with Court ordered Substance Abuse/Mental Health Treatment:** _____
_____ **Failure to comply with Special Conditions:** _____

**Comments:** On 2/21/23, Christopher Bendann was before the Honorable Judge Alexander and placed under level 2 supervision. Additionally, the defendant was ordered home detention through ASAP private home detention on that same date. On 2/27/23, C. Bendann was interviewed and assigned to report weekly to the Towson pretrial office for supervision. The defendant was instructed to have no contact/stay away as ordered and compliance with home detention placement as ordered was confirmed with the agency. On 8/18/23, our office was contact by the Baltimore County State's Attorney's Office and we were advised that C. Bendann had been arrested and is currently held in federal custody. A record check was conducted to locate the facility where the C. Bendann is held, however, that information was not available. A federal indictment indicated the defendant is charged with five counts of sexual exploitation of a child and one count of possession of child pornography. The incident date on these charges pre-date the date that the defendant was released under level 2 supervision. ASAP home detention staff was advised of the defendant's federal incarceration on 8/18/23. According to a record check on 8/21/23, a Petition to Revoke Bail was filed by the State and ASAP also filed correspondence regarding the defendant's federal custody; both are pending review. Prior to the defendant's incarceration, C. Bendann had been reporting as required to pretrial supervision and had reported full compliance with all court ordered conditions.

*Brittany Urban*
_____  Date **8/21/23**
Brittany Urban, Case Mgr

*Jennifer Magin*  Date  8/21/23
**Jennifer L. Magin, Program Supervisor**

Baltimore County Department of Corrections, Alternative Sentencing Unit
720 Bosley Ave. | Towson, Maryland 21204 | Phone 410-512-3343 | Fax: 410-512-3359
www.baltimorecountymd.gov