| | |
|---|---|
|  | Window of Lance Bendann, who is Chris Bendann's 78-year-old father, broken by a stun grenade used by FBI SWAT in their armed August 18, 2023 pre-dawn raid and arrest of Chris |
| Lance Bendann's window (from the inside) |  |
|  | Shattered glass and wood from Lance Bendann's window |