Honorable Judge Jan Marshall Alexander ( c/o Kobie Flowers )

I have known Chris almost his entire life. His parents Anne ( now deceased ) and Lance were/are great friends of mine. I have known Lance since we were classmates at Gilman in ninth grade.

I would have been at the hearing on 2/21, but I am currently in California attending the memorial service of one of my closest friends.

Over the years that I have known Chris, I have found him to be a person of high integrity, dedicated to his work, fair, reasonable, caring, and trying to make the world a better place.

I am aware of the charges against him. I know the charges are serious, and I am certain that Chris knows the charges are serious.

I do not believe he is a danger to society. He has always been incredibly respectful and courteous whenever I have been with him which included dinners at the Bendann house, dinners out, and numerous times together on the Gilman campus during athletic and school events. As I said above, I believe that Chris understands the seriousness of the charges he faces, and I believe he will choose to be a respectful and law abiding citizen as he goes through the process of repairing his life.

Respectfully yours,
John Claster
Former Executive Producer of the Romper Room children's program

Honorable Judge Jan Marshall Alexander (c/o Kobie Flowers),

I have been friends with Chris Bendann since high school and also went to college with him at Skidmore College.  I am unable to attend the bail hearing tomorrow as I now live out of state (in New York), but I wanted to pass on this letter of support for Chris.  Chris is a person I hold in high regard as one of the kindest and most thoughtful people I know.  In high school, I spent countless evenings playing Trivial Pursuit with him and our very small, tight knit, group of friends.  In college he would bring me homemade soup when I was sick and was always there for me when I needed him.  He's often house-sat for my parents when they've been away.  I am aware of the current charges against Mr. Bendann and was completely shocked when I heard about them.  Chris is mild mannered, and a good friend.  Based on my relationship with him, I don't believe he would be a danger to the Gilman community or the general community.

Thanks for your consideration,
Andrew Eifler


--
Andrew Eifler

1

To:  The Honorable Judge Jan Marshall Alexander,  c/o Kobie Flowers

Dear Judge Alexander:

I am writing on behalf of Christopher Bendann.  I have known Chris since he was a young child.  My daughter Helen was close friends with Chris from her time at Bryn Mawr and his time at Gilman. They had a group of 6-8 very close friends who frequently spent time together during middle and high school, and attended proms and dances together. They have all stayed in close contact since graduation from high school.  My daughter and I have continued to remain close with Chris and his father as we have spent many holidays together (Thanksgiving, Christmas, Easter) at a family friends house almost yearly for the past 15 years.

When Christopher's mother was diagnosed with terminal cancer 10 years ago he organized a Caring Bridge Website, so that people could communicate their words of love and encouragement to her.  He communicated each day with everyone on this site about her progress.  After her death Chris and his father, with whom he is very close, traveled together.  I was able to learn about the  places they traveled and the things they ate through pictures Chris shared on social media and in his Christmas cards.

In the wake of his mother's death I was very pleased to observe Chris develop a successful career at the Gilman School.  At our family gatherings I leaned that he was teaching study skills, then ancient history and then social studies.   In addition, Helen reported a few years ago that Chris had taken on an administrative position at Gilman as Director of Middle School Admissions at Gilman.  When my daughter was encountering challenges related to the discovery that her oldest son has learning difficulties Chris went out of his way to be helpful our family find resources for my grandson.  He suggested specific schools and connected my daughter with friends of his who teach at special education schools in Baltimore.

I recently became aware that Christopher had been fired by the Gilman School and charged with sexual misconduct involving a student.  I was shocked and dismayed by this information.  I could not believe that this could be true of Christopher, whom I had known for many years.  I had observed his loving relationships with his parents and dog, his ability to maintain long term friendships with the boys and girls he grew up with and his wonderful sense of humor.  He recently had a very funny post on Nextdoor about selecting your friends based on how they organize the pieces of a jigsaw puzzle which made me laugh out loud.

Knowing Christopher's character as I do, I wondered if the charges were related to some type of retaliation by a disgruntled student, or due to anti-Asian bias.  I read the salacious information printed by the press which I took with a grain of salt, as we all should, knowing that the press will print anything to get clicks and sell subscriptions. As he was arrested and imprisoned I wondered, what ever happened to "innocent until proven guilty".  I watched as he was tried

and convicted in the press and his neighbors turned against him.

Sexual abuse of a minor is a serious charge, but in Christopher's case it has not been proven beyond a reasonable doubt by a jury of his peers.  In addition, the veracity of the charges brought by a single student and his parents, who may turn out to have ulterior motives, has not been confirmed by others.  Based on my knowledge of the character of Chris and his father, I believe he could be safely kept under house arrest at his father's home until his preliminary hearing.  He would not be of any danger to the community in that setting.  I believe this would represent a more just and humane treatment of an individual who no criminal record and has demonstrated a lifetime of good character.

I am not able to attend the hearing for Christopher tomorrow morning at 9 AM because of a previously scheduled appointment.  My daughter and her friend, who is also a long term friend of Christopher's, will attend.

Sincerely,

Emily S. Fairchild, MD

February 20, 2023

Dear Honorable Judge Jan Marshall Alexander:

I am writing to you to support Mr. Christopher "Chris" Bendann in the appeal of his detention.  I have known Chris Bendann since he was three years old.  Chris attended preschool, prefirst, elementary, middle, and high school with our eldest son.  Our families spent many hours together over the years at our homes, taking trips, and hosting each other for holidays and other events.

I apologize for not being able to attend the hearing tomorrow morning, February 21, 2023, due to recovery from a personal illness.  While I am aware of the sex charges against Chris Bendann, it has been my experience that Chris has demonstrated many of the qualities associated with overall good character over the course of his life.

Please note that in the many years that I have known Chris Bendann, I have not observed Chris to make verbal comments or demonstrate behaviors that would be considered to be threatening or dangerous to others.  I do not believe that Chris Bendann is a danger to the Gilman Community or the general community at this time.

Respectfully,

Margaret Grady Kidder

Dear Honorable Judge Jan Marshall Alexander-
(c/o Kobie Flowers)

I have known Chris Bendann since 1996 as a classmate (7 years), a colleague (1 year), and a friend throughout.

I cannot be in your courtroom tomorrow due to a work conflict but attended Chris's bail review hearing to support his being released while he mounts a defense against these charges which are both disturbing and shocking.

I have never known Chris to be a danger to anyone and am confident that - if given the opportunity to be freed on bail - he would pose no danger to any members of the community. Chirs would be supported by many family and friends up to and through a trial.

Thank you for your time and consideration.

Very respectfully, Timothy Wilkins

--
Timothy Wilkins

1

[text message from Kathleen Brosi sent to Kobie Flowers 8/20/2023]

Submitted in support of Christopher Bendann by Kathleen Brosi

It is impossible for me to imagine that Christopher Bendann would ever intentionally harm anyone. I have known him very well since he was about eleven years old. His family and mine then lived two houses apart and became friends. Chris and my younger daughter spent a lot of time together going back and forth between the houses. I think of him almost as part of my family.

I have seen Chris interact with people of all ages. He is a people person, always attempting to make everyone comfortable and included. He has been considerate and kind to me as well as to everyone he has met in my home.

Over the years when I met someone who had a son or grandson at Gilman, I would ask if he or she knew of Chris. Without exception I would be told that he had heard about Mr. Bendann in a very positive way.

In all the years that I have known Chris, I have never seen him be mean or dishonest. That is just not part of who he is. I do not believe that he is capable of intentionally harming another person.