IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | CRIMINAL NO. JKB-23-00278 |
| CHRISTOPHER KENJI BENDANN, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## SCHEDULING ORDER

Pursuant to a hearing held on September 14, 2023, the Court now sets the following dates and deadlines for further proceedings in this case:

| | |
|---|---|
| September 22, 2023 | Deadline for the Government to produce all discovery related to the six counts in the Indictment filed August, 16, 2023 (ECF No. 1). |
| September 29, 2023 | Deadline for Defendant's pretrial motions. |
| | If Defendant wishes to object to a tolling of "Speedy Trial," that objection should be filed concurrently with any pretrial motion(s). Otherwise, the Court will find that the time necessary to resolve the motion(s) does not count against Speedy Trial. |
| October 6, 2023 | Deadline for Government's responses to Defendant's pretrial motions. |
| October 6, 2023 | Deadline for filing motions *in limine*. |

| | |
|---|---|
| October 6, 2023 | Deadline for receipt in chambers of proposed voir dire, proposed preliminary jury instructions (start of trial), proposed final jury instructions (end of trial), and a proposed jury verdict form; these are to be filed electronically and must also be submitted via e-mail in Microsoft Word format to chambers: MDD_JKBChambers@mdd.uscourts.gov. |
| | Government and defense counsel shall meet and confer with respect to proposed voir dire, jury instructions, and a verdict form, and to the fullest extent possible make joint submissions. Counsel shall identify any matters of disagreement through supplemental filings. The most recent revision of the undersigned's standard jury instructions in criminal cases is available to the parties upon request to chambers. |
| October 11, 2023 | Deadline for responses to motions *in limine*. |
| October 11, 2023 | Deadline for Defendant's replies regarding pretrial motions. |
| **October 13, 2023, 10 a.m.** | **Pretrial Conference & Motions Hearing**, Courtroom 5A. Defendant and all trial counsel must be present. |
| October 13, 2023 | *Jencks* disclosure deadline. |
| **October 23, 2023, 9:30 a.m.** | Begin **Jury Trial**, Courtroom 5A. |
| | Counsel shall appear in court at 9:15 a.m. to address miscellaneous matters with the courtroom deputy clerk prior to the commencement of jury selection. |

The Government is directed to prepare notices and "come up" letters as appropriate for the in-court proceedings. The Government is also directed to file a motion to exclude time pursuant to the Speedy Trial Act as appropriate. No changes in the schedule set forth above will be permitted unless authorized by the Court for good cause shown. Any such requests, either stipulated or *ex parte*, must be made by motion and filed with the Clerk.

DATED this 14 day of September, 2023

BY THE COURT:

*James K. Bredar*
James K. Bredar
Chief Judge