UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Case No. 23-cr-0278 JKB |
| CHRISTOPHER BENDANN. : | |

### MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel files this Motion to Withdraw as Counsel. In support of this Motion, undersigned counsel states the following:

1. On August 16, 2023, the federal government filed a sealed Indictment against Christopher Bendann. Dkt. No. 1.

2. On August 18, 2023, federal law enforcement officers arrested Mr. Bendann and a federal prosecutor moved to unseal the Indictment. Dkt. No. 5.

3. The same day, Kobie Flowers and Michael Abrams, of Brown, Goldstein & Levy LLP, filed Limited Entries of Appearance for Mr. Bendann. Dkt. Nos. 12, 13. At the Initial Appearance, Defense counsel explained to the Court that their limited appearances would at least cover litigation of Mr. Bendann's pretrial detention.

4. On August 21, 2023, a magistrate judge held a detention hearing. Dkt. No. 18. That judge ordered Mr. Bendann's detention pending trial under 18 U.S.C. § 3142. Dkt. No. 20.

5. This Court held a hearing on Mr. Bendann's Motion for Review of the Magistrate's Detention Order on September 7, 2023. Dkt. No. 28. The Court issued an Order the same day, holding that conditions of release are available to reasonably assure public safety pending trial under 18 U.S.C. § 3142. Dkt. No. 30. Flight risk is not an issue in this case.

6. The Court held another hearing on September 14, 2023, to determine whether Mr. Bendann and his proposed third-party custodian would be able to comply with the Court's ordered strict conditions of release. Dkt. No. 34. The Court determined that Mr. Bendann and his third-party custodian were unable to comply, so the Court ordered Mr. Bendann detained pretrial, with the option of filing a Motion for release in the future should compliance become attainable.

7. In light of Mr. Bendann's detention, Defense counsel requested a Speedy Trial under the Sixth Amendment and 18 U.S.C. § 3161. Accordingly, the Court set the trial date for October 23, 2023. Dkt. No. 38.

8. Mr. Flowers and Mr. Abrams respectfully request the Court's leave to withdraw as counsel for Mr. Bendann for reasons that undersigned counsel cannot discuss because of counsel's on-going duty of loyalty to Mr. Bendann, the attorney-client privilege, and the work product doctrine.

9. Mr. Flowers and Mr. Abrams respectfully request that the Court appoint counsel for Mr. Bendann.

10. Undersigned counsel will work with subsequent counsel to guarantee both a smooth transfer and a continued, constitutional, and zealous defense of Mr. Bendann.

WHEREFORE, undersigned counsel respectfully request that this Court grant this Motion and withdraw the appearances of undersigned counsel.

        Respectfully submitted,

        _____
        Kobie A. Flowers (# 16511)
        Michael R. Abrams (# 30426)
        Brown, Goldstein & Levy, LLP
        120 East Baltimore Street, Suite 2500
        Baltimore, Maryland 21202
        T: (410) 962-1030
        F: (410) 385-0869
        kflowers@browngold.com
        mabrams@browngold.com

        *Counsel for Christopher Bendann*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this filing was served on all counsel of record via the Court's electronic filing service.


Date: September 19, 2023                *s/ Kobie Flowers*
                                                   Kobie Flowers