IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. 23-0278-JKB |
| CHRISTOPHER KENJI BENDANN, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

This matter has been assigned to me for an Attorney Inquiry Hearing. It is ORDERED that a hearing is scheduled for September 20, 2023, at 1:30 p.m. Counsel for both parties are to be present. The government is requested to ensure Defendant's presence.

Dated: September 19, 2023

The Hon. Brendan A. Hurson
United States Magistrate Judge