IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | CRIMINAL NO. JKB-23-00278 |
| CHRISTOPHER KENJI BENDANN, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## SECOND SUPPLEMENTAL SCHEDULING ORDER

Pursuant to a status conference held on November 29, 2023, the Court DENIES as moot Defendant's Motion for Leave to File Additional Motions (ECF No. 60) and now sets the following dates and deadlines for further proceedings in this case:

| | |
|---|---|
| January 5, 2024 | Deadline for Government to complete the filtration process pursuant to the applicable Court-ordered protocol. |
| January 25, 2024 | Deadline for Government to complete its discovery obligations. |
| February 8, 2024 | Deadline for Defendant's pretrial motions. |
| February 13, 2024, 4:30 p.m. | Telephone Scheduling Conference. Counsel for the Government is directed to arrange for and distribute conference call information to counsel and Judge Bredar's chambers. |

DATED this 29 day of November, 2023.

BY THE COURT:

James K. Bredar
Chief Judge