IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| | * | |
| v. | * | Case No.:  JKB-23-278 |
| | * | |
| **CHRISTOPHER BENDANN** | * | |

**ENTRY OF APPEARANCE FOR DEFENDANT**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**

Gary E. Proctor hereby enters his appearance as court-appointed counsel in this case for defendant Christopher Bendann.

Respectfully submitted,

_____/s/_____
Gary E. Proctor (Bar No: 27936)
The Law Offices of Gary E. Proctor, LLC
8 E. Mulberry Street
Baltimore, Maryland 21202
(410) 444-1500 (tel.)
(443) 836-9162 (fac.)
garyeproctor@gmail.com

*Attorney for Defendant.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, January 9, 2024, a copy of the foregoing was served on all parties via. ECF.

_____/s/_____
Gary E. Proctor