IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   Criminal No. JKB-23-0278 |
| | * |
| CHRISTOPHER BENDANN | * |

\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO SEAL MOTIONS AND EXHIBITS

Defendant Christopher Bendann, through his attorney, Christopher C. Nieto, respectfully moves for an order of this Court sealing two pre-trial motions and associated exhibits, and states:

1. Defense filed two motions on February 8, 2024: a Motion to Suppress Evidence Obtained Through Search Warrants and a Motion to Suppress Evidence Obtained from Cellphone. Included in one of the filings are two exhibits: a state search warrant and a federal search warrant at issue in this case.

2. As grounds therefore, the defense states that these filings and exhibits contain confidential information that was the subject of the Court's Protective Order that was issued on September 8, 2023, ECF 32.

WHEREFORE, Mr. Bendann requests that these two pre-trial motions and accompanying exhibits be placed under seal.

Respectfully submitted,

/s/
Christopher C. Nieto, #30031
Law Office of Christopher C. Nieto
1 North Charles Street, Suite 1301
Baltimore, Maryland 21201
Tel: (443) 863-8189
Fax: (443) 378-5723
Email: cnieto@nietolawoffice.com

---

*Handwritten order by judge:*

Denied, without prejudice to reconsideration after counsel makes a more specific showing of prejudice and proposes appropriate redaction as opposed to wholesale sealing.

The clerk shall not place the subject documents and materials on the open docket and shall instead continue to hold them as sealed until counsel seeks their replacement with redacted versions compliant with the above.

JB 2/8/24