IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | CRIM. NO. JKB-23-00278 |
| CHRISTOPHER KENJI BENDANN, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### THIRD SUPPLEMENTAL SCHEDULING ORDER

Pursuant to a scheduling call held on February 13, 2024, the Court now sets the following dates and deadlines for further proceedings in this case:

| | |
|---|---|
| March 7, 2024 | Deadline for Government's responses to Defendant's pretrial motions. |
| March 14, 2024 | Deadline for Defendant's replies regarding pretrial motions. |
| **April 23, 2024, 10:00 a.m.** | **Motions Hearing**, Courtroom 5A. |
| August 2, 2024 | Deadline for filing motions *in limine*. |
| August 2, 2024 | Deadline for receipt in chambers of proposed voir dire, proposed preliminary jury instructions (start of trial), proposed final jury instructions (end of trial), and a sproposed jury verdict form; these are to be filed electronically and must also be submitted via e-mail in Microsoft Word format to chambers: MDD_JKBChambers@mdd.uscourts.gov. |
| | Government and Defense Counsel shall meet and confer with respect to proposed voir dire, jury instructions, and verdict form, and to the fullest extent possible make joint submissions. Counsel shall identify any matters of disagreement through supplemental filings. The most recent revision of the undersigned's standard jury instructions in criminal cases is available to the Parties upon request to chambers. |

| | |
|---|---|
| August 6, 2024 | Deadline for responses to motions *in limine*. |
| August 9, 2024 | *Jencks* disclosure deadline. |
| **August 9, 2024, 10:00 a.m.** | **Pretrial Conference**, Courtroom 5A. Defendant and all trial counsel must be present. |
| **August 21, 2024, 9:30 a.m.** | Begin **Jury Trial**, Courtroom 5A. Trial scheduled to conclude on August 30, 2024. |
| | Counsel shall appear in court at 9:15 a.m. to address miscellaneous matters with the courtroom deputy clerk prior to the commencement of jury selection. |

The Government is directed to prepare notices and "come up" letters as appropriate for the in-court proceedings. The Government is also directed to file motions to exclude time pursuant to the Speedy Trial Act as appropriate. No changes in the schedule set forth above will be permitted unless authorized by the Court for good cause shown. Any such requests, either stipulated or *ex parte*, must be made by motion and filed with the Clerk.

DATED this 14 day of February, 2024

BY THE COURT:

/s/ James K. Bredar
James K. Bredar
Chief Judge