# GOV EXHIBIT A:  GOOGLE SEARCHES

## FOR cbendann@gmail.com AND ckbendann@gmail.com

**cbendann@gmail.com – search – myactivity (Jan 9, 2016 – Feb 3, 2023)**

Searched for naked blonde boys - Jan 9, 2016, 10:23:36 PM UTC

Visited http://hotgayblondes.tumblr.com/ - Jan 9, 2016, 10:23:38 PM UTC

Visited http://www.boyvid.com/videos/lovely-blonde-boy-is-naked-in-the-hot-bath/ - Jan 9, 2016, 10:23:56 PM UTC

Searched for [redacted] lacrosse - Mar 7, 2016, 3:18:33 AM UTC

Visited http://www.hudl.com/[redacted] - Mar 7, 2016, 3:18:36 AM UTC

Searched for [redacted] vine - Mar 7, 2016, 3:19:08 AM UTC

Visited https://vine.co/tags/[redacted] Mar 7, 2016, 3:19:16 AM UTC

Searched [redacted] lacrosse - Mar 7, 2016, 3:19:38 AM UTC

Visited http://www.hudl.com[redacted] - Mar 7, 2016, 3:19:48 AM UTC

Searched for naked lax bros - Aug 6, 2016, 3:10:38 PM UTC

Searched for guys naked in public - Aug 14, 2016, 2:24:46 PM UTC

Searched for naked bros - Aug 14, 2016, 2:26:48 PM UTC

Visited http://nakedcollegebros.tumblr.com/ - Aug 14, 2016, 2:27:02 PM UTC

Searched for guys naked outdoors - Sep 3, 2016, 12:32:10 PM UTC

Visited http://nudistmales.tumblr.com/ - Sep 3, 2016, 12:32:45 PM UTC

Searched for naked surfers - Sep 4, 2016, 1:15:27 PM UTC

Searched for naked bros - Oct 17, 2016, 4:09:37 AM UTC

Visited http://nakedmalebonding.tumblr.com/ - Oct 17, 2016, 4:13:18 AM UTC

Searched for guys naked in public - Oct 17, 2016, 4:14:03 AM UTC

Searched for boys naked outdoors - Oct 17, 2016, 4:15:40 AM UTC

Searched for beautiful naked guys - Oct 17, 2016, 4:17:44 AM UTC

Visited http://justnudeguys.tumblr.com/ - Oct 17, 2016, 4:17:50 AM UTC

Searched for naked guys - Apr 23, 2017, 7:55:19 PM UTC

Visited http://bestnakedguys.tumblr.com/ - Apr 23, 2017, 7:55:21 PM UTC

Visited justnudeguys - Tumblr - Apr 23, 2017, 7:55:53 PM UTC

Searched for naked guys in public - Jan 29, 2018, 4:20:23 AM UTC

Visited http://publiclewdness.tumblr.com/ - Jan 29, 2018, 4:20:32 AM UTC

Searched for hot guys with v lines - Jan 29, 2018, 4:22:37 AM UTC

Searched for naked guys with v lines - Jan 29, 2018, 4:23:02 AM UTC

Searched for naked lax bros - Jan 29, 2018, 4:24:52 AM UTC

Visited https://www.tumblr.com/tagged/lax+bros - Jan 29, 2018, 4:24:56 AM UTC

Searched for guys naked on skype - Jun 3, 2018, 3:07:29 PM UTC

Visited http://teenboysmilk.com/tag/skype/ - Jun 3, 2018, 3:07:41 PM UTC

Searched for guys running naked - Aug 2, 2018, 5:22:43 AM UTC

Visited Gymnastics as it meant to be – beautiful and naked on Vimeo - Aug 2, 2018, 5:22:57 AM UTC

Searched for guys gymnastics naked - Aug 2, 2018, 5:25:09 AM UTC

Searched for naked boys in public - Aug 8, 2018, 2:32:42 PM UTC

Searched for can you lock your hidden photos - Jan 18, 2019, 4:56:04 AM UTC

Searched for ▮▮▮▮▮▮ astrological sign - Apr 26, 2019, 5:49:33 PM UTC

Searched for skin peeling around penis shaft - Jul 7, 2019, 1:26:22 PM UTC

Visited Penis Skin Peeling: Causes, Treatment, and When to Seek Help - Jul 7, 2019, 1:26:39 PM UTC

Searched for beat video audio spy cams - Jan 24, 2020, 2:41:43 AM UTC

Visited 10 Best Spy Cameras You Can Buy in 2023 | Best Hidden & Spy ... - Jan 24, 2020, 2:41:52 AM UTC

Visited The 7 Best Nanny Cams of 2023 | by Verywell Family - Jan 24, 2020, 2:43:15 AM UTC

Visited https://apps.apple.com/us/app/text-burner-texting-app/id1186010974 - Jan 25, 2020, 9:09:04 PM UTC

Visited Anonymous Texting 101: How to Block Your Cell Phone Number ... - Jan 25, 2020, 9:09:38 PM UTC

Visited Send an Anonymous Text Message | 100% Privacy Guaranteed - Jan 25, 2020, 9:09:38 PM UTC

Visited Top 10 Best Sites to Send Anonymous Text Messages in 2022 - Jan 25, 2020, 9:13:34 PM UTC

Searched for free anonymous text - Jan 25, 2020, 9:28:54 PM UTC

Searched for anonymous text - Jan 25, 2020, 9:30:05 PM UTC

Visited Send Free Anonymous SMS Text Messages Via the Web - Jan 25, 2020, 9:30:46 PM UTC

Searched for accessing texts online - Jun 19, 2020, 1:35:47 AM UTC

Visited Verizon Messages - Website - View Text Messages - Jun 19, 2020, 1:35:51 AM UTC

Searched for time in london right now - Jul 5, 2022, 4:36:13 PM UTC

Visited How to see best friends list on Snapchat Plus - Stealth Optional - Oct 1, 2022, 11:08:22 PM UTC

Visited How to Tell If Someone Has Snapchat Plus - Techzillo - Oct 2, 2022, 6:40:45 PM UTC

Searched for clear ghost trail on snapchat + - Oct 2, 2022, 6:42:24 PM UTC

Visited https://baltimorebrew.com/2023/01/23/gilman-teacher-fired-for-inappropriate-conduct-with-students/ - Jan 24, 2023, 5:43:57 PM UTC

Visited How to Know if Someone Blocked You on TikTok: Follow These Tips - Jan 24, 2023, 7:56:03 PM UTC

Visited List of Priests and Brothers Accused of Child Sexual Abuse ... - Feb 1, 2023, 2:59:59 AM UTC

Searched for top salaries at.gilman school - Feb 2, 2023, 11:32:34 PM UTC

**ckbendann@gmail.com – myactivity –**

**search (only available between March 3, 2019 – march 11, 2019)**


Searched for ███████ youtube account - May 3, 2019, 5:12:56 AM UTC

Searched for ███████ you tube - May 3, 2019, 5:12:35 AM UTC

Searched for ███████ - May 3, 2019, 5:10:04 AM UTC

Visited https://www.instagram.com/███████/ - May 3, 2019, 5:09:36 AM UTC


Visited FlexiSPY Review 2021 - What You Need to Know Before You Buy - May 11, 2019, 2:56:52 AM UTC

Searched for flexispy - May 11, 2019, 2:56:40 AM UTC

Visited https://topspyingapps.com/read-someones-text-messages-without-installing-software/ May 11, 2019, 2:53:28 AM UTC


Searched for apps.that let you see other people phones - May 11, 2019, 2:53:09 AM UTC

Visited https://m.wikihow.com/Tell-if-Someone-Saved-Your-Messages-on-Snapchat?amp=1 - May 11, 2019, 1:28:33 AM UTC

Searched for can people.see saved messages.in snapchat - May 11, 2019, 1:27:52 AM UTC


Searched for screen record - May 4, 2019, 4:15:03 AM UTC

Searched for can people you aren't friends with see messages sent.from you in instagram - May 4, 2019, 1:13:06 AM UTC


Visited Two Quick Ways to Check Who Unfollowed You on Instagram - May 3, 2019, 5:15:27 AM UTC

Searched for is there a way to see who doesn't follow you in instagram - May 3, 2019, 5:15:15 AM UTC