**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CASE NO:    JKB-23-278** |
| **CHRISTOPHER KENJI BENDANN,** | |
| **Defendant.** | |

**VERDICT FORM**

1.  How do you find defendant **CHRISTOPHER KENJI BENDANN** as to **COUNT ONE – Sexual Exploitation of a Child, on or about September 16, 2017?**

    Not Guilty _____          Guilty_____

2.  How do you find defendant **CHRISTOPHER KENJI BENDANN** as to **COUNT TWO – Sexual Exploitation of a Child, on or about June 21, 2018?**

    Not Guilty _____          Guilty_____

3.  How do you find defendant **CHRISTOPHER KENJI BENDANN** as to **COUNT THREE –** Sexual Exploitation of a Child on or about August 26, 2018?

    Not Guilty _____          Guilty_____

4.  How do you find defendant **CHRISTOPHER KENJI BENDANN** as to **COUNT FOUR –** Sexual Exploitation of a Child on or about January 2, 2019?

    Not Guilty _____          Guilty_____

5.  How do you find defendant **CHRISTOPHER KENJI BENDANN** as to **COUNT FIVE –** Sexual Exploitation of a Child   on or about February 9, 2019?

    Not Guilty _____          Guilty_____

6. How do you find the defendant **CHRISTOPHER KENJI BENDANN** as to **COUNT SIX** – Possession of Child Pornography (iCloud account), on or about September 1, 2017, through on or about January 23, 2023?

        Not Guilty _____        Guilty _____

7. How do you find the defendant **CHRISTOPHER KENJI BENDANN** as to **COUNT SEVEN** – Possession of Child Pornography (Dell Inspiron laptop), on or about February 3, 2023?

        Not Guilty _____        Guilty _____

8. How do you find the defendant **CHRISTOPHER KENJI BENDANN** as to **COUNT EIGHT** – Possession of Child Pornography (Sony Vaio laptop), on or about February 3, 2023?

        Not Guilty _____        Guilty _____

9. How do you find the defendant **CHRISTOPHER KENJI BENDANN** as to **COUNT NINE** – Cyberstalking, from in between May 2022 through December 2022?

        Not Guilty _____        Guilty _____

The foregoing constitutes the unanimous verdict of the jury.

_____        _____
DATE                      FOREPERSON