

USAO-006294



USAO-004293

4:16





17 People >



iMessage
Feb 3, 2023 at 10:13 PM



Hey everyone, I know this isn't the text you wanna be getting on a Friday. But after the recent details that have come out with the Bendann situation, it's really Got me thinking about it. Whoever it was that came forward was so brave to do what they did. After discussing it with my family, I think the best way we can support this individual who came forward is if anyone who has anything on bendann to come forward. The highest support we can show to that person is to do everything we can to put him away forever. Whoever they are, they shouldn't be alone right now. We gotta do what we can to come forward so they are no longer alone. This is our duty to them. I love you guys. Take care of one another.

With you sable I think it's the

  iMessage 

      

USAO-004295



235

17 People

ZO

With you schlo I think it's the right thing to do

Absolutely. Mortifying thing to face always but at the end of the day we've had each others backs. Not gonna stop now and will do whatever I can to help

AA

I agree. Can't believe this has happened. Can't believe it happened to us. But I will contribute what I can to do what's right.

JS

100p. Love all you guys so much and want to be here for everyone and encourage everyone to do the same

My dad is coming to Memphis tonight and I'll be sharing everything with him and the proper authorities. I know it's a

iMessage

Cash



USAO-004297