

# GILMAN

EMPLOYEE HANDBOOK

USAO-004134

TABLE OF CONTENTS

A.  INTRODUCTION
    Preface ........................................................................................................................... A-1
    Non-Discrimination Policy ............................................................................................ A-2

B.  COMPLIANCE
    Criminal Convictions Law ............................................................................................. B-1
    Criminal Background Investigation ............................................................................... B-2
    The Child Abuse and Neglect Reporting Law ............................................................... B-3

C.  EMPLOYMENT POLICIES
    Hiring Policy .................................................................................................................. C-1
    Classification of Employment and Eligibility for Benefits ............................................ C-2
    Attendance Records and Hours of Work ....................................................................... C-4
    Time and Attendance ..................................................................................................... C-6
    Employment and Other Activities Outside Work Hours ............................................... C-7
    Personnel Records Policy ............................................................................................... C-8
    Performance Evaluations ................................................................................................ C-9
    Unacceptable Job Performance ...................................................................................... C-10
    Unacceptable Conduct .................................................................................................... C-12
    Dress Code Policy .......................................................................................................... C-14
    Discrimination / Harassment .......................................................................................... C-16
    Termination of Employment .......................................................................................... C-18
    Phone Policy ................................................................................................................... C-19
    Acceptable Use Policy for Gilman Electronic Services ................................................. C-20

D.  COMPENSATION POLICIES
    Payroll Policy ................................................................................................................. D-1
    Overtime, Work on Sundays, Holidays and Emergency Call-Ins .................................. D-3
    Faculty Salary System .................................................................................................... D-4

E.  EMPLOYMENT BENEFITS
    Retirement Plan .............................................................................................................. E-1
    Medical Insurance .......................................................................................................... E-4
    Group Life Insurance ..................................................................................................... E-6
    Short-Term Disability .................................................................................................... E-7
    Long-Term Disability .................................................................................................... E-10
    Workers Compensation .................................................................................................. E-11
    Unemployment Compensation ....................................................................................... E-12
    Education Assistance ..................................................................................................... E-13
    Professional Development Funding ............................................................................... E-14
    Employee Assistance Program (EAP) ........................................................................... E-15
    Flexible Spending Accounts .......................................................................................... E-17

F.  LEVE
    Staff Holidays ................................................................................................... F-1
    Vacation ............................................................................................................ F-3
    Medical Leave .................................................................................................. F-5
    Funeral Leave ................................................................................................... F-7
    Jury Duty .......................................................................................................... F-9
    Family Medical Leave Act ............................................................................... F-10
    Unpaid Leave of Absence ................................................................................. F-13

G.  OTHER POLICIES
    Inclement Weather ............................................................................................ G-1
    Relocation Policy .............................................................................................. G-4
    Use of School Vehicles ..................................................................................... G-5
    Key Policy ......................................................................................................... G-6
    Expense Reimbursement Policy ....................................................................... G-7
    Faculty Use Policy ............................................................................................ G-8
    School Responsibility ....................................................................................... G-9

H.  ANNUAL SUPPLEMENT
    Emergency Numbers ........................................................................................ H-1
    Inclement Weather Phone Chain ...................................................................... H-2
    Holiday Calendar .............................................................................................. H-3
    Pay Dates .......................................................................................................... H-4
    Benefit Websites ............................................................................................... H-5
    Retirement Maximum Contribution .................................................................. H-6

USAO-004136

EMPLOYMENT AND OTHER ACTIVITIES
OUTSIDE WORK HOURS

*Staff Specific*

The School strongly discourages full-time staff members from accepting employment or otherwise working professionally outside the employee's work hours at the School to such an extent that it interferes with the employee's ability to perform the duties of his/her position at the School.

The School also strongly discourages employees from engaging in outside activities that, in the School's opinion, might reflect unfavorably on the School.

*Faculty Specific*

As a general rule, outside employment is discouraged, except when such employment takes place during the summer months or during other times that the School is not in session. Summer employment must not interfere with thorough preparation for the academic year. Full-time teaching at Gilman is a very demanding and time-consuming job, a job that makes it extremely difficult for a faculty member to do his/her best for the School and, at the same time, hold a second job. Nevertheless, the School does not have a fixed rule prohibiting outside employment. The principal concern is that each faculty member be able to devote sufficient time and attention to the performance of his/her duties as a member of the Gilman faculty.

The School strongly discourages employees from engaging in outside activities that, in the School's opinion, could reflect unfavorably on the School, damage the School's reputation, or otherwise result in serious adverse consequences to the School or employees involved. To that end, the School prohibits all active employees from babysitting for a student which they currently teach. In the School's opinion, these actions pose a conflict of interest for all parties concerned and could subject the integrity or liability of the School, its employees, or the families in which we interact.

**EMPLOYEE ACCEPTABLE USE POLICY FOR GILMAN ELECTRONIC SERVICES**

This policy applies to all employees when they are using computers or Internet access supplied by Gilman School, whether or not during working hours, and whether or not from the Gilman campus. Use of the Gilman School network, e-mail, or Internet connection ("electronic services") is intended for educational and administrative purposes. It is a privilege, not a right. All users are expected to exercise responsible behavior when on the network. Gilman has the right, but not the duty, to monitor all Internet, e-mail and other computer usage at its sole discretion. Any information obtained by Gilman through monitoring of electronic services or otherwise may be disclosed to outside parties or law enforcement authorities. Users accept the responsibility for maintaining the integrity of all aspects of the School's network, e-mail and Internet access.

- Each user is responsible for all uses and contents of his/her computer. Giving out personal passwords, access codes or log-in procedures, and misrepresenting one's identity in electronic communications, are not permitted.

- Use of computers assigned to academic and administrative employees is restricted to authorized Gilman employees.

- Use of personally owned computers on the network is prohibited without prior approval of the Technology Services Manager.

- Loading any software on a computer without the prior approval of the Technology Services Manager is done at the user's own peril. Corrupted disc drives will be re-written to a base level, which may result in the loss of files and settings.

- Users are responsible for following backup procedures that ensure critical files are copied to the server on a regular basis.

- Unauthorized copying, removal or distribution of software may violate copyright laws and software license agreements and is prohibited. Installing, modifying, manipulating or otherwise tampering with applications, files and data on the network, and any attempt to do so, is not permitted.

- The School cannot guarantee privacy or security of any information or data on the network. E-mail and other types of information on the network are not confidential; therefore, users should not put anything on the network that they would not want others to see or read.

- No one may use the network for obscene, annoying, threatening or abusive purposes. Users should use their best efforts not to access and may not transmit materials containing pornography, gender bias, racial bias, bullying or intimidating statements or other inappropriate information.

- Employees must exercise extreme caution in connection with electronic contact with students (for example chat rooms, message boards, social networking sites

C-20

and newsgroups) and must avoid inappropriate communication with students with whom they are in a position of trust.

- Employees must exercise extreme caution when using social networking websites such as Facebook or MySpace, even when such use occurs in their own time using their own computer. In particular:
    - Employees may not "friend" any currently enrolled Gilman Student without the explicit permission of the Headmaster or the Director of Communications.
    - Employees should avoid contacting any student privately via a social networking website, even for school-related purposes.
    - Employees should not allow any students to access personal information that the employee has posted on a social networking site.

- Employees may not create a website (beyond that which is already provided) or post to a social media site (Facebook, Twitter, LinkedIn, etc.) anything identified as Gilman School – including but not limited to the School name, logo, buildings, classrooms, fields, teachers, staff and students -- without the explicit permission of the Headmaster or the Director of Communications.

- Employees must exercise extreme caution when posting to any public website (including online discussion forums or blogs, YouTube, etc.) that their comments do not harm their professional standing or the reputation of the school – even if their online activities are entirely unrelated to the school. In particular:
    - Unless authorized to do so, employees must not post content on websites that may appear as if you are speaking for the school.
    - Employees should not post any material online that can be clearly linked to the school that may damage the school's reputation.
    - Employees should ensure all writings contain a disclaimer that the views expressed are yours personally and do not represent the views of the school
    - Employees should avoid posting any material clearly identifying themselves, another member of staff, or a pupil, that could potentially be used to embarrass, harass, or defame the subject.

I have read the Gilman School Acceptable Use Policy.  I understand that violations of the Policy may result in revocation of network privileges and in disciplinary action, up to and including discharge from employment.

Signature _____        Date _____

Print Name _____