

# GILMAN

EMPLOYEE HANDBOOK

2022-2023

TABLE OF CONTENTS

A. COVID-19 POLICIES
   COVID-19 Handbook Addendum ............................................................................ A-1
   Return to Campus Policy ...................................................................................... A-9

B. INTRODUCTION
   Preface .................................................................................................................. B-1
   Non-Discrimination Policy ................................................................................... B-2

C. COMPLIANCE
   Criminal Convictions Law .................................................................................... C-1
   Criminal Background Investigation ...................................................................... C-2
   The Child Abuse and Neglect Reporting Law ...................................................... C-3

D. CONDUCT POLICIES
   Sexual Misconduct Policy and Complaint Procedure ........................................... D-1
   Discrimination / Harassment Policy ..................................................................... D-11
   Employee Acceptable Use Policy for Gilman Electronic Services ........................ D-13
   Gilman School Social Media & Digital Usage Guidelines and Best Practices ........ D-15
   Gilman School Social Media & Digital Usage Faculty and Staff Policy ................. D-18

E. EMPLOYMENT POLICIES
   Hiring Policy ........................................................................................................ E-1
   Classification of Employment and Eligibility for Benefits .................................... E-2
   Attendance Records and Hours of Work ............................................................... E-4
   Time and Attendance ........................................................................................... E-6
   Employment and Other Activities Outside Work Hours ........................................ E-7
   Personnel Records Policy ...................................................................................... E-8
   Performance Evaluations ...................................................................................... E-9
   Unacceptable Job Performance ............................................................................ E-10
   Definition of Excellent Teaching (DET) ............................................................... E-12
   Unacceptable Conduct ......................................................................................... E-14
   Termination of Employment ................................................................................ E-16
   Smoke-Free Campus Policy .................................................................................. E-17
   Dress Code Policy ................................................................................................ E-18
   Phone Policy ........................................................................................................ E-20

F. COMPENSATION POLICIES
   Payroll Policy ...................................................................................................... F-1
   Overtime, Work on Sundays, Holidays and Emergency Call-Ins ........................... F-3
   Faculty Employment Obligations ......................................................................... F-4

G. EMPLOYMENT BENEFITS

Gilman School Retirement Plan ................................................................... G-1
Medical Insurance Plan ............................................................................ G-4
Group Life Insurance Plan ........................................................................ G-6
Short-Term Disability Policy ..................................................................... G-7
Long-Term Disability Plan ...................................................................... G10
Workers Compensation Insurance ............................................................ G-11
Unemployment Compensation Insurance ................................................... G-12
Employee Assistance Program (EAP) ........................................................ G-13
Education Assistance Policy ..................................................................... G-15
Professional Development Funding ............................................................ G-16
Flexible Spending Accounts ..................................................................... G-17

H.  LEAVE
Family Medical Leave Act ......................................................................... H-1
Staff Holiday Policy ................................................................................. H-4
Vacation ................................................................................................. H-6
Medical Leave Policy ............................................................................... H-8
Unpaid Leave of Absence Policy .............................................................. H-10
Parental Leave Policy ............................................................................. H-12
Funeral Leave Policy .............................................................................. H-13
Jury Duty ............................................................................................. H-15

I.  OTHER POLICIES
Lactation Policy ....................................................................................... I-1
Inclement Weather .................................................................................... I-2
Relocation Policy ...................................................................................... I-4
Use of School Vehicles & Personal Vehicles ................................................. I-5
Key Policy ............................................................................................... I-6
Expense Reimbursement Policy ................................................................... I-7
Faculty Use Policy .................................................................................... I-8
The School's Responsibilities ...................................................................... I-9

J.  ANNUAL SUPPLEMENT
Emergency Numbers .................................................................................. J-1
Inclement Weather Notification .................................................................. J-2
Holiday Calendar ...................................................................................... J-3
Payroll Calendar ....................................................................................... J-4
403(b) Maximum Contribution .................................................................... J-5

or upon instruction by the Head of School, employees may not initiate contact with the media concerning the School's operations (including its services, policies, and procedures), its students, or its employees. Distributions of the School's directory to persons not affiliated with the School is expressly prohibited. This provision is not intended to restrict any employee's right to engage in any activity protected under the law.

Teleworking and Distance Learning Policy

The School is endeavoring to ensure in-person, on-campus learning during the entire 2022-2023 school year. However, from time to time, events outside of the School's control may require the School to transition its operations to remote work and distance learning and may require some or all employees to work from home ("telework"). At the Head of School's sole discretion, employees in certain job positions may be directed to telework on a temporary basis. However, not all positions may be eligible for telework. Check with your supervisor regarding your position. The School reserves the right to re-evaluate telework during an emergency on a case-by-case basis.

Teleworking Guidelines

Employees should not assume any specified period of time for telework, and the School may require employees to return to regular, on-campus work at any time. Further, the granting of a telework arrangement does not alter the at-will nature of employment.

While different expectations are necessary for different positions, all teleworking employees are, to the greatest extent possible, expected to carry out the same duties, assignments, and other work obligations at their home office as they do when working on the School's campus. While working remotely, employees are expected to participate in scheduled meetings, collaborate with staff members, and remain productive. Remote employees should be accessible via email and phone with limited delay in responding.

We expect that each teleworking employee is in regular communication with his or her supervisor regarding assignments and priorities. Employees should always have a sufficient amount of work to perform throughout the workday. An employee performing telework who does not have enough work should notify his or her supervisor so that more work can be assigned, if possible.

A teleworking employee is expected to account for all projects and time worked and to take appropriate leave to account for time spent away from regularly scheduled work hours (*e.g.*, to care for dependents or family members, or in the event of illness). If you are a nonexempt employee, you must continue to log in at the beginning and completion of each workday.

An employee who is unable to work on campus or telework is expected to notify the School of his or her absence using the School's regular absence notification procedures. Employees may use their available paid leave for days they are unable to work on-campus or telework.

Distance Learning Guidelines

In situations requiring that the School transition to remote work and distance learning, employees may need to utilize a variety of communication tools in order to continue performing their duties.

As the methods to continue teaching, supporting, and meeting with students change during these times, the following guidelines must be followed when interacting with students:

- Employee Handbook policies remain in place in the distance learning environment, including those regarding appropriate boundaries, acceptable use of technology, mandatory reporting, discrimination and harassment, and professional conduct.
- Communications with students should occur through school-provided e-mail addresses or online platforms being utilized for distance learning. For example, students and faculty should not communicate through Facetime.
- Whenever possible, faculty should try to interact with students in groups. Where individual conversations or support are needed, and e-mail is not sufficient, faculty may schedule one-on-one video communications with the following guidelines:
  - o Schedule calls in advance between 8:00 a.m. – 4:00 p.m. ET, Monday through Friday.
  - o Use the online platform provided by the School. Faculty should not use Facetime or other communication methods.
  - o Send an email to the student's parent(s)/guardian(s), and the Division Head to inform them of the scheduled videoconference and the purpose of the videoconference. Consider inviting parents to join the videoconference, if desired.
  - o Such meetings should <u>not</u> be recorded.
- Notify your Division Head immediately of any concerns related to students.

Please note: The School may record online classes held via group video conference to make them available for students to view asynchronously, and therefore employees hosting or attending online classes may be recorded. Employees may not record conversations, meetings, classes, or video conferences without prior authorization or consent. Employees must be mindful of the space in which they are working and ensure that the visible background and the employee's appearance is appropriate.

Questions regarding telework or this policy should be referred to the Director of Human Resources.

**Health and Safety Standards**

Employees are expected to help in reducing and preventing the spread of COVID-19 and all communicable diseases in the workplace by complying with the guidance listed in this policy below as well as the <u>Safety Protocols</u> in order to protect themselves, fellow employees, and students. The School may, in its sole discretion, issue additional guidance to address specific circumstances or for other reasons.

Generally, employees are expected to reduce or prevent the spread of communicable disease in the workplace by engaging in the following actions to protect themselves, fellow employees, and students. The School may, in its sole discretion, issue additional health and safety standards to address specific circumstances, which may supersede this guidance.

- **COVID-19 Vaccination**:

A-4



**GILMAN SCHOOL SOCIAL MEDIA & DIGITAL USAGE GUIDELINES AND BEST PRACTICES**

Social media provides the opportunity for Gilman School to interact and communicate with our constituency, including parents, alumni, faculty, staff, students and the community of which we are a part. Sites such as, but not limited to, Facebook, Twitter, LinkedIn, YouTube, Instagram, Snapchat, Wordpress and others are creating our digital reputation - an increasingly important one - in and among our community. These social media tools engage and enhance our communication strategies and abilities.

This Gilman School Social Media & Digital Usage Policy is designed to clarify the expectations the School has for employees and students who use and/or create social media and digital sites on behalf of the School.  This policy also provides guidelines for private social media use.

The social media world is no different than the in-person world. The same laws, rules, and best practices that apply to our physical relationships, all apply in the digital world. Employees and students should be as responsible for their online posts as they are for their personal, verbal, or written interactions.

**Institutional Social Media & Digital Presence**

Gilman School utilizes a variety of official social media sites, web pages, and applications (apps) to implement its marketing and communication strategy and to build its reputation. The following policies apply to all such accounts:

- **Social Media** - Gilman employees or students wishing to start a social media account on behalf of the School must seek prior approval from the Director of Marketing & Communications. If approval is granted, the username and password must be shared with the Director of Marketing & Communications with the understanding that the School has express rights to monitor, edit, and remove any copy or images that do not reflect on the School in the appropriate tone.

- **Websites & Applications ("Apps")** - Employees and students must obtain permission from the Director of Marketing & Communications before creating a school-related website or app, including but not limited to using the School name, logo and branding elements. The Director of Marketing & Communications has the right to take down, or in extreme cases report to appropriate authority, any inappropriate postings or sites created by Gilman School employees or students.

D-15

## General Policies

- **Share Gilman's mission** - Gilman realizes and is in support of social media as a powerful tool that allows for timely communication and rich conversation. With that understanding comes a great deal of responsibility and digital stewardship.  Social media is viewed by and sometimes relied upon by prospective, current, and graduated families to get the latest information about Gilman. Leveraging the power of social media for the good of the School through sharing information that we can be proud of, and that reflects our mission, can do just as much as word-of-mouth information sharing.

- **Exercise Caution -** Employees must exercise caution when using social networking websites such as Facebook, Instagram, Snapchat and Twitter even when such use occurs on their own time using their own device. In particular, employees may not "friend", post pictures, contact, or share personal information with any currently enrolled Gilman student via social networking.

- **Realize NOTHING is Personal -** When posting to any public website (including online discussion forums or blogs, YouTube, etc.) employees should ensure that their comments do not harm their professional standing or the reputation of the School – even if their online activities are entirely unrelated to the School. In particular:
  o Unless authorized, employees must not post content on websites that may appear as if they are speaking for the School.
  o Employees should not post any material online that can be clearly linked to the School that may damage the School's reputation.
  o Employees must exercise discretion in personal public postings related to the School and its constituency.
  o Employees should not post any material clearly identifying themselves, another employee, or a student, that could potentially be used to embarrass, harass, or defame the subject.
  o Employees should not post confidential or proprietary information about students, faculty, staff, alumni, others, or the School.

## Best Practices

- **Everything is public** - If you wouldn't make the comment in person, then you probably shouldn't say it online.

- **Be honest and transparent -** Honesty – or dishonesty – will be quickly noticed in the social media environment.

- **Be relevant and add value** - The best way to get content read is to contribute information that people value.

D-16

- **Be conversational** - When communicating via social media, use the same approach that you would use when talking to a person. Bring in personality to personalize the voice/tone of the School.

- **Correct errors quickly** - Before you post or comment, check your facts. Review your comments for clarity, grammar, and spelling. It's the School's reputation on the line.  If a mistake is made, be honest and quickly provide the correct information. If appropriate, modify an earlier post to make it clear that the error has been corrected.

- **Be respectful** - When responding to others' opinions, keep it appropriate and polite. Do not use defamatory or libelous language or engage in damaging conversation. Do not use abusive, threatening, offensive, obscene, explicit or racist language.



GILMAN SCHOOL SOCIAL MEDIA & DIGITAL USAGE FACULTY AND STAFF POLICY

### Context

As social media can bridge both the work life and personal life of employees, some conflict of responsibilities may occur. The school's interest in establishing this policy is to define the educational and work-related contexts of social media and blogging, for the protection of our employees, students, and the school community as a whole. Interest in this topic is solely school related; the School doesn't seek to extend its reach into purely personal, non-job-related matters).

### Who This Policy Covers

This policy applies to Gilman's adult community—principally, faculty, staff, and administrators, and other adults acting on the school's behalf.

### Key Principles

Interacting online with colleagues, students, alumni, and other community members is no different than interacting with these individuals or groups face-to-face:. We are required to With specific regard to social media, as a school employee, you must:

- Maintain the respect, dignity, prudence, professionalism and concern for the safety and protection of children in all interactions.
- Understand that you are accountable for your postings and other electronic communications that are job-related, particularly online activities conducted with a school email address, or while using school properly, networks, or resources.
- Recognize that:
  - social media activities may be visible to current, past, and prospective students; parents; colleagues; and community members;
  - serving as a role model is a critical aspect of your work at the School; and
  - accordingly, you must exercise appropriate discretion when using social media (even for personal communications) when those communications can impact your role at the School.
- Keep in mind that the uneven power dynamics of the School—in which adults have implied authority over former students—continues to shape those relationships after the end of the school day and year, and even after graduation. Employees must act in a manner that always respects and never exploits the power inherent in these relationships.

D-18

- Balance your right of individual expression with the valid interests of the School in promoting and presenting its mission, culture, and values to the community at large (as reflected by the public actions and statements of school employees).

**Please be aware that the School considers discretion in social media activities to be a serious matter in protecting the School. Violation of this policy may lead to corrective action, up to and including termination of employment.**

<u>Guidelines</u>

**1. Classroom/Professional Use of Social Media**
Faculty are expected to limit class activities to school-sanctioned online tools (including social media and blogs). Check with the School's Director of Technology for the most up-to-date list of approved sites and tools.

New social media tools and features, that may or may not be appropriate for course use, are being continually introduced. If you find a social media tool that you think will be useful in your classroom that is not already on the "approved" list, please contact Gilman's Director of Technology and request approval of the tool prior to using it.

**2. Use of Social Media for Development/Alumni Relations Purposes**
The school may choose to establish a social media presence (e.g., Facebook page) for development, alumni relations, internal marketing, or other school-related purposes. All postings to this site will be initiated under the direction of the Marketing and Communications Department, in collaboration with the Development Office.

**3. Relationship-Building with Students, Alumni, and Parents**
Do not initiate or accept social media "friend" requests from current students (of any age) or former students under the age of 18.

Use professional discretion when "friending" alumni 18 years of age and older. When doing so, recognize that many former students have online connections with current students (including younger siblings and underclassmen friends), and that information shared between recent alumni/ae is likely to be seen by current students as well.

Employees are discouraged from friending parents of current or prospective students due to the inherent conflicts of interest that may raise.

***Note:*** *Terminology describing the building of relationships online varies from site to site. "Friending" is meant to include following, subscribing, adding as a contact, or any other term meaning establishing an online relationship between two people.*

**4. School-Related Adult Friends (co-workers, supervisors, and subordinates)**
Employees are asked to use good judgment when making or accepting "friend" (or "link" or "connection") requests to or from school colleagues.

D-19

Employees in supervisor/subordinate relationships are particularly encouraged to use caution, due to the potential for both parties to feel pressured to accept the request, potentially impacting the work relationship (as well as raising conflict-of-interest, unequal treatment, discrimination, or similar concerns).

**5. Non-School-Related Friends**
Remind all other members of your social networks of your position as an educator whose profile may be accessed by students and other members of the Gilman community. Ask them to monitor their posts to your network accordingly. This includes (but is not limited to) being "tagged" in photos on the sites of friends or others, especially where the photos may imply activities not appropriate for viewing by students and other community members.

**6. Groups in Your Social Network**
All employees are asked to use good judgment in visibly and publicly associating only with social media groups consistent with the mission and values of the School. At the same time, this provision is not intended to limit valid intellectual discourse on a wide variety of subjects or viewpoints.

**7. Posted Content**
Exercise care with personal profile data and posted content to ensure that this information does not reflect poorly on your ability to serve as a role model or otherwise create a conflict of interest. Content should be placed thoughtfully and reviewed periodically.

Social media sites are increasingly interconnected—i.e., linked to one another— in ways that may be largely outside the direct control of the users on any given site. Exercise caution regarding posting of inappropriate content to any social media.

**8. Privacy Settings**
On most sites, privacy settings can be changed at any time to limit searchability and access to profiles. Employees must be prudent in allowing access to their online content, consistent with other requirements of this policy. Changes should be made whenever necessary.

**9. Time on Social Sites**
Employees must refrain from using social media or blogging sites for personal use during work hours except for incidental usage (e.g., spending a moment or two checking a site in between work activities). In no case may the use of social media resources interfere or impede the employee's completion of his/her job duties and responsibilities to the school and our students.

**10. Online Identity and Posting to Blogs**
As a vibrant academic community, we encourage active engagement in a range of activities, intellectual pursuits, causes, and the like—including social, political, religious, and civic-oriented groups, blogs, etc. At the same time, an individual's right to participate in these groups must be balanced with the School's right to manage public communications issued in its name or on its behalf. When posting messages to blogs (i.e., meant to broadly include a variety of online discussion forums), employees may not state or imply their connection to the School in any way without the prior written consent of the Director of Marketing and Communications.

*Example: If an employee chooses to post a personal message on a blog, he/she must not sign the post, "Jane Smith, Faculty Member, ABC School," but rather only "Jane Smith."*

Similarly, when making personal, non-work-related posts to blogs, employees may not use their school email address in the message or for reply purposes, to avoid implying approval of the message's content by the School.

### 11. Protecting Confidential Information
All confidential school information must be protected and may be disclosed only pursuant to school policy or as otherwise required by law. No social media or blog posts may communicate any confidential information.

### 12. Use of Logos, Trademarks, and Intellectual Property
Employees are not permitted to use the School's logo, trademarks, official photographs, or any other intellectual property or proprietary materials in any postings without the written consent of the Director of Marketing & Communications or the Head of School.

### 13. Use of Social Media Sites in Background Checking
Background checking is a serious matter that is governed by specific regulations and that creates a variety of risks and liabilities for the School if not handled properly. No employee is permitted to engage in "freelance" checks of any type. The school maintains specific background-checking procedures, under the direction of the Director of Human Resources.

### 14. Acceptable Use and Monitoring of Electronic Activities
Employees are prohibited from engaging in illegal activities or accessing websites with illegal or otherwise prohibited content when using school networks or school equipment on or off school property, during or after working time, or while directly or indirectly representing the School in any way.

The school reserves the right to monitor employee electronic communications and activities that are transmitted through school networks and/or using school-provided equipment to protect the School, its students, employees, and other community members from potential harm, liability, or other risk.

*Guidelines adapted from ISM Social Media Policy*

D-21