IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * |
| CHRISTOPHER KENJI BENDANN, | *  Crim. No. JKB-23-278 |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

The Court is in receipt of Defendant's Motions in Limine (ECF Nos. 109 and 112) and the Government's responses (ECF Nos. 114 and 115). In light of the Government's representations in its responses, and for the reasons stated herein, the Defendant's Motions in Limine will be denied without prejudice. The Court intends to hear argument regarding the Government's Motions in Limine (ECF Nos. 101 and 105) during the Pretrial Conference on August 9, 2024.

Defendant filed a Motion in Limine Objecting to Inadmissible Photographs. (ECF No. 109.) In this Motion, Defendant objects to the Government offering certain photographs of text conversations and screenshots forwarded multiple times as evidence. (*Id.* at 1.) Defendant provided two examples of such evidence as Exhibit A. (ECF No. 109-1.) The Government avers that it "does not intend to introduce at trial the photograph depicted in Defense Exhibit A, nor does it intend to introduce photographs of text messages forwarded through various individuals." (ECF No. 114 at 1.) Based on this representation from the Government, it appears that this issue is moot, and the Court will therefore deny the Defendant's Motion without prejudice to the Defendant raising this objection should the Government offer such evidence at trial.

1

In a second Motion, Defendant objects to "images being introduced absent an admissible chain of custody." (ECF No. 112.) Defendant objects to the admission of certain images downloaded from an encrypted file absent testimony from the individual who created and provided the file as well as the individual who unencrypted it. (*Id.* at 1.) The Government has represented that it will provide a witness and exhibit list to defense counsel in advance of the Pretrial Conference and that it believes this Motion will become moot. (ECF No. 115.) Based on this representation from the Government, the Court will deny this Motion as moot. The Defendant, however, will be permitted to raise this objection at the appropriate time should the Government offer the relevant evidence without sufficient testimony regarding chain of custody.

Accordingly, it is ORDERED that:

1. Defendant's Motion in Limine Objecting to Inadmissible Photographs (ECF No. 109) is DENIED WITHOUT PREJUDICE; and

2. Defendant's Motion in Limine Objecting to Images Being Introduced Absent an Admissible Chain of Custody (ECF No. 112) is DENIED WITHOUT PREJUDICE.

DATED this ___7___ day of August, 2024.

BY THE COURT:

/s/ James K. Bredar
James K. Bredar
United States District Judge