## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * |
| CHRISTOPHER KENJI BENDANN, | * |
| Defendant. | * |

Crim. No. JKB-23-278

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### MEMORANDUM AND ORDER

The Court is in receipt of the Government's Motion in Limine to Preclude Evidence under Rule 412. (ECF No. 121.) In this Motion, the Government seeks to "preclude the introduction of evidence and testimony regarding Minor Victim's sexual behavior" pursuant to Federal Rule of Evidence 412. (*Id.* at 1.) Rule 412(c) requires any party offering such evidence to "file a motion that specifically describes the evidence" and to "do so at least 14 days before trial" unless the court has set an alternative deadline. The Government avers that the "Defendant has not provided the Government with any notice to introduce evidence of Minor Victim's other sexual behavior or his sexual pre-disposition" and that the deadline to do so under Rule 412 has passed. Because there is no indication that the Defendant plans to introduce evidence or testimony regarding Minor Victim's sexual behavior, the Motion will be denied as moot. The Government may raise this argument again if Defendant seeks to introduce such evidence.

Accordingly, it is ORDERED that the Government's Motion in Limine to Preclude Evidence under Rule 412 (ECF No. 121) is DENIED as moot.

DATED this _____ day of August, 2024.

BY THE COURT:

James K. Bredar
United States District Judge