IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * |
| CHRISTOPHER KENJI BENDANN, | *   Crim. No. JKB-23-278 |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Pending before the Court are the Parties' various pretrial Motions. For the reasons stated in open court, it is ORDERED that:

1. Government's Motion to Seal (ECF No. 15) is GRANTED;

2. Defendant's Motion for Leave to File Additional Motions (ECF No. 76) is GRANTED;

3. Government's Motion in Limine to Preclude Certain Evidence (ECF No. 105) is GRANTED; and

4. Government's Motion in Limine to Admit Evidence Pursuant to Federal Rules of Evidence 404(b), 413, and 414 (ECF Nos. 36, 101) is GRANTED IN PART and DENIED IN PART without prejudice to reconsideration as follows:

   a. Testimony about the alleged attempted removal of W.G.'s towel and Defendant's alleged attempts to contact minors via snapchat to solicit nude images is admissible under Rule 404(b);

b. Testimony regarding the "naked laps" is admissible as intrinsic to the charges and as proof of intent pursuant to Rule 404(b);

c. Testimony regarding Defendant's alleged violation of Gilman School policies is excluded; and

d. Defendant's web page and Google search history, as outlined in Government's Exhibit A (ECF No. 103), are excluded in their entirety except:

   i. Searches and web page visits enumerated in Exhibit A occurring on or after April 26, 2019 are admissible; and

   ii. The following specific items are admissible:

      1. naked blonde boys - Jan 9, 2016, 10:23:36 PM UTC;
      2. http://www.boyvid.com/videos/lovely-blonde-boy-is-naked-in-the-hot-bath/ - Jan 9, 2016, 10:23:56 PM UTC;
      3. [Minor Victim] lacrosse - Mar 7, 2016, 3:18:33 AM UTC;
      4. http://www.hudl.com/athlete/6703035/[Minor Victim] - Mar 7, 2016, 3:18:36 AM UTC;
      5. [Minor Victim] vine - Mar 7, 2016, 3:19:08 AM UTC;
      6. https://vine.co/tags/[Minor Victim] - Mar 7, 2016, 3:19:16 AM UTC;
      7. [Minor Victim] lacrosse - Mar 7, 2016, 3:19:38 AM UTC;
      8. http://www.hudl.com/athlete/6703035/[Minor Victim] - Mar 7, 2016, 3:19:48 AM UTC;
      9. boys naked outdoors - Oct 17, 2016, 4:15:40 AM UTC;

2

10. http://teenboysmilk.com/tag/skype/ - Jun 3, 2018, 3:07:41 PM UTC;

11. naked boys in public - Aug 8, 2018, 2:32:42 PM UTC.

DATED this 9th day of August, 2024.

BY THE COURT:

/s/ JAMES K. BREDAR
James K. Bredar
United States District Judge

3