IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. JKB-23-0278 |
| CHRISTOPHER KENJI BENDANN | * | |
| Defendant | * | |

\*\*\*

## ORDER

This matter is set in for a jury trial to begin today at 9:30 a.m. At 9:00 a.m. the Court was advised by a supervisory deputy United States Marshal that the Defendant has refused to leave the cell in which he is confined at the Chesapeake Detention Center so as to be transported to Court.

It is now 10:00 a.m. The United States Marshal shall FORTHWITH deliver the Defendant to the Motz Ceremonial Courtroom in the United States Courthouse in Baltimore so that the long-scheduled jury trial in this matter may commence.

SO ORDERED.

Dated this __21__ day of August, 2024.

BY THE COURT:

_____
James K. Bredar
United States District Judge