## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## NORTHERN DIVISION

**UNITED STATES OF AMERICA**

v.                                                  Criminal No.: JKB-23-0278

**CHRISTOPHER BENDANN**

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of the Defendant's Motion to Strike Impermissible Victim Impact Statements [ECF No. 177], any opposition thereto and for good cause shown, it is this _____ day of January, 2025, hereby

**ORDERED,** that the Defendant's Motion shall be and hereby is **GRANTED;** and it is further **ORDERED** that the victim impact statements provided to Chambers by email be and are hereby stricken and will not be considered in relation to sentencing in this matter.

_____
JAMES K. BREDAR
U.S. DISTRICT JUDGE