IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. JKB-23-278 |
| CHRISTOPHER KENJI BENDANN | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### GOVERNMENT'S RESPONSE TO THE COURT'S MEMORANDUM AND ORDER REGARDING SENTENCING DOCUMENTS

Comes now the United States of America by its attorneys, Erek L. Barron, United States Attorney for the District of Maryland, Colleen Elizabeth McGuinn and Kim Y. Hagan, Assistant United States Attorneys, and, in response to the Court's Memorandum and Order regarding the Government's sentencing documents, ECF 176, hereby states the following:

1. The Government is attaching a redacted Sentencing Memorandum, reflecting the Court's observation of one other reference to a minor. The Government requests that ECF 173 and ECF 174-2 be sealed and replaced with the redacted version attached to this motion.

2. The Government does not oppose the unsealing of the Motion to Seal the Government's Sentencing Memorandum (ECF 170) and the Motion to Seal Attachments (ECF 172). The Government will file a renewed Motion to Seal Attachments consistent with the Court's directive, ECF 176, ¶ 5.

3. The Government does oppose the unsealing of the Motion to Seal the Government Redacted Sentencing Memorandum, ECF 174, because the motion specifically references the page where Minor Victim's name/version of his name was inadvertently unredacted in ECF 173, the Government's Sentencing Memorandum. Because members of the press and the public have already accessed ECF 173, allowing them to access to the Motion to Seal, ECF 174, would direct those individuals to the specific reference which may not have otherwise been recognized as a version of Minor Victim's name.

WHEREFORE, the Government requests that this Honorable Court:

a) Seal the Government's redacted Sentencing Memorandums filed at ECF 173 and 174-2;

b) Replace Government's redacted Sentencing Memorandum, ECF 173 ad 174-2, with the attached redacted Sentencing Memorandum; and

c) Seal the Government's Motion to Seal Redacted Sentencing Memorandum, ECF 174.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____
Colleen Elizabeth McGuinn
Kim Y. Hagan
Assistant United States Attorneys