IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| v. | *   Criminal No. JKB-23-278 |
| **CHRISTOPHER KENJI BENDANN** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO SEAL ATTACHMENTS**
**TO SENTENCING MEMORANDUM**

The Government hereby renews its Motion to Seal Government's Exhibit A, Exhibit B, and Exhibit C, the attachments filed with the Government's Sentencing Memorandum filed at ECF 171. The attachments contain sensitive case identifying information and references to minors and victims of sexual assault. The Government has redacted Government's Exhibits A and B, attached with this motion, and requests that these redacted exhibits appear on the public docket with the Government's redacted Sentencing Memorandum, ECF 173 (replaced by 180-2).

WHEREFORE, the Government renews its request that Government's Exhibits A, B and C be placed under seal, and that the Government's redacted Exhibits A and B, attached to this motion, be filed on the public docket with the Government's redacted Sentencing Memorandum, ECF 173.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _/s/_____
Colleen Elizabeth McGuinn
Kim Y. Hagan
Assistant United States Attorneys