

# BALTIMORE COUNTY POLICE
## Case Report

Case Number
231920804
231920804-002

Report Type
Incident

| Administrative Information | | |
|---|---|---|
| Assignment<br>CIB Children | Sub-Assignment<br>Sexual Child Abuse | Disposition |
| Situation Found<br>G3 - Sex Offenses, Other - All | Incident Summary | NIBRS Exception Clearance Basis / Date |
| Summary | | |

| Incident Information | | |
|---|---|---|
| Dispatch Initiated On<br>7/11/2023 10:22:55 AM | Document Date/Time<br>8/23/2023 10:49:14 AM | Initial Reporting Officer<br>05249 - MARKEL, S |
| Occurred On | Or Between | Reporting Officer<br>05249 - MARKEL, S |
| Body Camera Footage Available<br>Y - Yes | If Not, Explain | |
| Teletype Notified<br>N - No | Notification Type | Telex # |
| Related Cases | Scene Processed By | |

| Location Information | | | |
|---|---|---|---|
| Location Name | Address | | |
| Precinct | Reporting Area<br>030425 | Coordinate X | Coordinate Y |

| Additional Information | |
|---|---|
| Did the incident occur in a care facility? | N - No |
| Name of Facility | |
| License Number | |
| Does this incident contain an animal bite? | N - No |
| Does this incident contain financial related documents? | N - No |
| Does this incident contain threats against a school, student, or staff? | N - No |
| Does this incident contain bias related information? | N - No |
| Does this incident involve releasing or disposing of seized firearms? | N - No |
| Does this incident contain a possible elder or vulnerable adult abuse, neglect, or exploitation? | N - No |

| Elements Of Incident | |
|---|---|
| Confidential? | N - No |
| Firearm Related? | N - No |
| Workplace Violence Related? | N - No |
| Repeat Offender Related? | N - No |
| School Related? | N - No |
| Witness Intimidation Related? | N - No |
| Gang Related? | N - No |
| Homeland Security Related? | N - No |
| CDS Related? | N - No |
| Assets Seized? | N - No |
| Sick/Injured Report Completed? (Form 273) | N - No |
| Use Of Force Completed? (Form 253) | N - No |
| Motor Vehicle Pursuit Report Completed? (Form 213) | |
| ShotSpotter Related? | |
| ALPR Trailer Related? | |
| Investigative Interview Conducted | N - No |
| Warrant/Summons/Protective Order Explained | N - No |
| MD Crime Victim/Witness Brochure Issued | N - No |
| Security Survey Information | |

| Offense Information | | | |
|---|---|---|---|
| Offense<br>Child Abuse Sexual Assault Pending Classification | | Location Type<br>School - High | |
| IBR Code | IBR Group | UCR Hierarchy | Crime Against |
| Completed<br>Yes | Code Section | Hate/Bias<br>None (No Bias) | Tools |
| Cargo Theft | Drug Type | Burglary MO | |
| Domestic Related per NIBRS/UCR<br>No | Domestic Circumstances | Using<br>Not Applicable | Criminal Activity |



# BALTIMORE COUNTY POLICE
## Case Report

Case Number
231920804
231920804-002
Report Type
Incident

| Weapons | Premises Entered | Entry | Vehicle Taken or Attempted to be Taken |
|---|---|---|---|
| Primary Objective was to Obtain the Vehicle | Location Detail | Traffic Lane Involved | Carjacking Circumstances |

### Suspect Information

| Name | DOB | Age | Juvenile | Race | Sex |
|---|---|---|---|---|---|
| BENDANN, CHRISTOPHER KENJI | /1984 | 36 | N - No | Asian | Male |
| Alias/NickName | Alias DOB | Alias Race | Alias Ethnicity | Alias Sex | Alias SSN |

Addresses
Home

Phones
Home                                           410-960-9562

Emails

| Sex Offender Status | Sex Offender Registration Expiration Date | | |
|---|---|---|---|
| Ethnicity<br>Not Hispanic or Latino | Height<br>509 | Weight<br>237 | Gender Identity |
| Marital Status<br>S - Single | SSN | | County Resident |
| Eye Color<br>Brown | Hair Color<br>Brown | | Hair Style<br>Straight |
| Facial Hair<br>Clean Shaven | Facial Hair Color | | Complexion<br>Medium |
| Build<br>Medium | Teeth<br>Good | | Accent |
| DLN | DLS<br>Maryland | | DL Country |
| Hat | Mask | | Glasses |
| Jacket | Shirt | | Gloves/Hands Covered |
| Pants | Shoes | | General Description |
| Other Description | | | Injury |
| Employer/School | Occupation/Grade | | Hours of Employment |

Burglary/Robbery MO

| Alert Type | Start Date | End Date | Notes | Last Updated By | Last Updated On |
|---|---|---|---|---|---|

Scars, Marks and Tattoos

Additional Suspect MO Comments

### Victim Information

| Victim Type<br>Individual | Victim Of<br>Child Abuse Sexual Assault Pending Classification | | | | |
|---|---|---|---|---|---|
| Name | DOB<br>2005 | Age<br>15 | Juvenile<br>Y - Yes | Race | Sex<br>Male |
| Alias/NickName | Alias DOB | Alias Race | Alias Ethnicity | Alias Sex | Alias SSN |

Addresses
Home                                                                                 US - United States of America

Phones
Home

Emails

| Pertinent Hate Crime Information | Domestic Victim per NIBRS/UCR | | Rape Completed |
|---|---|---|---|
| Injury | Circumstances | | Justifiable Homicide Circumstances |
| Ethnicity | Height | Weight | Gender Identity |
| Marital Status | SSN | | County Resident |



# BALTIMORE COUNTY POLICE
Case Report

Case Number
231920804
231920804-002
Report Type
Incident

| | | Resident |
|---|---|---|
| Eye Color | Hair Color | Hair Style |
| Facial Hair | Facial Hair Color | Complexion |
| Build | Teeth | Accent |
| DLN | DLS | DL Country |
| Hat | Glasses | Gloves/Hands Covered |
| Jacket | Shirt | Other Description |
| Pants | Shoes | Circumstances |
| Employer/School | Occupation/Grade | Hours of Employment |
| Under Influence Alcohol<br>N - No | Under Influence Drugs<br>N - No | Cohabitant at Time of Offense<br>N - No |

| Alert Type | Start Date | End Date | Notes | Last Updated By | Last Updated On |
|---|---|---|---|---|---|
| Offender | | Relationship | | Domestic Relationship | Household Status |

Scars, Marks and Tattoos

| LEOKA Type | LEOKA Assignment | LEOKA Activity | LEOKA ORI-Other Jurisdiction |
|---|---|---|---|

Injury Description

## Other Entity Information

| Entity Type<br>Parent | | | Investigative<br>Y - Yes | | |
|---|---|---|---|---|---|
| Name | DOB | Age | Juvenile<br>N - No | Race | Sex |
| Alias/NickName | Alias DOB | Alias Race | Alias Ethnicity | Alias Sex | Alias SSN |

Addresses

| Home | | | | US - United States of America |
|---|---|---|---|---|

Phones

| | Home | | |
|---|---|---|---|

Emails

| Ethnicity | Height | Weight | Gender Identity |
|---|---|---|---|
| Marital Status | SSN | | County Resident |
| Eye Color | Hair Color | | Hair Style |
| Facial Hair | Facial Hair Color | | Complexion |
| Build | Teeth | | Accents |
| DLN | DLS | | DL Country |
| Hat | Glasses | | Mask |
| Jacket | Shirt | | Gloves/Hands Covered |
| Pants | Shoes | | General Description |
| Employer/School | Occupation/Grade | | Jewelry Description |
| Injury | MO | | Hours of Employment |

Other Description

Scars, Marks and Tattoos

## Narrative
On 1/21/23, the Baltimore County Police department received information from a Baltimore Couny Social Worker, Rachel Thierry

USAO-004272



**BALTIMORE COUNTY POLICE**
Case Report

Case Number
231920804
231920804-002
Report Type
Incident

who advised she was informed of an incident that occurred in July 2021 at The St. Pauls School located at 11152 Falls Rd Timonium, MD 21093, and in August 2021, at Meadowood Regional Park located at 10650 Falls Rd Timonium Md 21093. Ms. Thierry advised that the information she was provided indicated that, Mr. Bendann, a Teacher for The Gillman School located in Baltimore City, was terminated from employment on 1/20/23. The reasoning for termination was that there was confidential information provided that Mr. Bendann transported Child ▮▮▮▮, and Child ▮▮▮▮▮▮ to purchase alcohol then transported them to The St Paul's School in July 2021 and to Meadowood Reginal Park in August 2021. As payment for the alcohol Mr. Bendann requested Child ▮▮▮▮ and Child ▮▮▮▮▮▮ to remove their clothing and run around the location completely naked in front of him. The information provided to Officer Quisgard is that only Child ▮▮▮▮ removed his clothing and ran around in front of Mr. Bendann, however, Child ▮▮▮▮ was a witness to both of these incidents.

This referral was assigned to DSS Worker J.G for follow-up investigation. On January 24, 2023, DSS Worker J.G contacted parent ▮▮▮▮▮▮ in reference to scheduling a forensic interview with ▮▮▮▮▮▮ Parent ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

In July, 2023, ▮▮▮▮▮▮ contacted Federal Special Agent Rachel Corn to schedule an interview with ▮▮▮▮. On July 10, 2023, ▮▮▮▮ was interviewed at the Baltimore County Child Advocacy Center. The interview was conducted by Federal Forensic Interviewer, Margaret Sweeney. The interview was conducted in room #2 of the center. The interview was audio and video recorded and is maintained on the secure evidence server. The following is a summation of that interview.

During the interview ▮▮▮▮ shared that he knew Mr. Bendann from school ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Mr. Bendann was close with the students and they felt comfortable asking Bendann to get them alcohol. Mr. Bendann provided alcohol on them on several different occasions. During one occasion, Mr. Bendann drove ▮▮▮▮ and his friends to the Maryland State Fair. Afterwards, Mr. Bendann drove them to Meadowood Park and told them they needed to do a naked lap in exchange for the alcohol that was previously provided. Mr. Bendann told them the older Gilman Alumn also did this and it was a tradition.

▮▮▮▮ continued that they eventually refused to run for the alcohol and this is when Bendann told them that they needed to send him a picture. ▮▮▮▮ described a time when Mr. Bendann drove to one of his friends houses to bring them alcohol. It was a far drive and when Bendann got there, he told ▮▮▮▮ he could either run or go inside and take a picture. ▮▮▮▮ said it was cold so he chose to take a picture. Bendann told him to take it in front of the mirror and for him to use his hands to cover is private part. ▮▮▮▮ said he never took the picture.

The second time Bendann asked him for a picture was when Bendann wanted him to do a naked lap at St. Paul's School. ▮▮▮▮ refused to do the run, so Bendann told him to take off all of his clothes except his underwear. Bendann wanted him to cover his underwear with his shirt to make it look like he was naked and then he took a picture of ▮▮▮▮. ▮▮▮▮ said Suspect Bendann took this picture on Apple I-Phone. ▮▮▮▮ said that these incidents happened between his Freshman and Sophomore year of high school.

It should be noted that this investigator does have a copy of a screenshot which was taken of ▮▮▮▮▮▮ phone. There was a Snapchat conversation observed in the screen shot between Mr. Bendann and ▮▮▮▮. Mr. Bendann is observed telling ▮▮▮▮ to send a picture the same way as last time and instructing him to cover with his private area with his hand. The interviewer showed copies of these screen shots to ▮▮▮▮ during the interview at which time he identified the conversation as being between him and Mr. Bendann over Snapchat. ▮▮▮▮ said that his friend, ▮▮▮▮▮▮, took the picture as to not to alert Mr. Bendann that it was screenshotted.

Please refer to the actual interview for further information.
-----------------------------------------------
8/23/23  1050 hours  Det. S. Markel #5249

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ No further investigation. Case closed.

USAO-004273

FD-302 (Rev. 5-8-10)

- 1 of 2 -



# FEDERAL BUREAU OF INVESTIGATION

Date of entry   07/10/2023

▮▮▮▮▮ dob: ▮▮▮▮▮, cell phone number ▮▮▮▮▮, and ▮▮▮▮▮, ▮▮▮▮▮ home address ▮▮▮▮▮, Maryland ▮▮▮▮▮, were interviewed telephonically. After being advised of the identity of the interviewing Agent and the nature of the interview, ▮▮▮▮▮ and ▮▮▮▮▮ provided the following information:

▮▮▮▮▮ and ▮▮▮▮▮'s son, ▮▮▮▮▮, dob: ▮▮▮▮▮ 2005, ▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮ advised that they stopped contacting the police a few months ago because they wanted ▮▮▮▮▮ to finish the school year. ▮▮▮▮▮ was reluctant to speak to the police and was overwhelmed. ▮▮▮▮▮ explained that ▮▮▮▮▮ told them that he was one of the boys that ran naked for beer. Bendann took a picture of ▮▮▮▮▮ when he ran naked and threatened ▮▮▮▮▮ with the picture. ▮▮▮▮▮ saw the Snapchat message from Bendann asking for pictures of ▮▮▮▮▮. ▮▮▮▮▮ did not know if there was more to the story. ▮▮▮▮▮ has since gotten a new phone and the ▮▮▮▮▮ still have ▮▮▮▮▮'s old phone.

In middle school, ▮▮▮▮▮ saw a change of behavior in ▮▮▮▮▮. At the end of seventh grade, ▮▮▮▮▮ stated he did not want to go to school anymore and that he did not have any friends. ▮▮▮▮▮ went to a Gilman counselor and Bendann knew of ▮▮▮▮▮'s struggles and told ▮▮▮▮▮ everything would be fine. ▮▮▮▮▮ thought Bendann was trying to help ▮▮▮▮▮. Bendann took ▮▮▮▮▮ out for ice cream and out to eat. The school suggested ▮▮▮▮▮ have a "pysch" evaluation. ▮▮▮▮▮ was diagnosed with anxiety and depression and a mild reading deficiency. Once COVID happened, everything was great again with ▮▮▮▮▮. Once ▮▮▮▮▮ was in ▮▮ grade and ▮▮▮▮▮ had to attend school again, ▮▮▮▮▮ stated ▮▮▮▮▮ seemed like he was struggling again.

While in school, ▮▮▮▮▮ took ▮▮▮▮▮'s phone at night and

Investigation on  07/05/2023  at  Baltimore, Maryland, United States (Phone)

File #  305G-BA-3710319                                                           Date drafted  07/07/2023

by  Rachel S Corn

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

USAO-001710

305G-BA-3710319

Continuation of FD-302 of (U) ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Interview , On 07/05/2023 , Page 2 of 2

noticed Bendann would "spam" ▇▇▇▇ by sending a lot of text messages. Kimberly asked ▇▇▇▇ about the text messages and ▇▇▇▇ stated that this was just how Bendann was when the kids did not get back to Bendann right away.

In middle school and high school, Bendann came by the ▇▇▇▇'s house with a "car full of kids" and took ▇▇▇▇ and his friends out to eat. Two of ▇▇▇▇'s friends were ▇▇▇▇▇▇▇▇ and ▇▇▇▇▇▇▇. ▇▇▇▇'s younger brother, ▇▇▇▇▇▇▇, also spent time with ▇▇▇▇ and Bendann. Bendann was ▇▇▇▇▇▇▇▇▇▇. ▇▇▇▇ and his friends knew older students also hung out with Bendann. The ▇▇▇▇'s stated "we were all groomed, the kids and the parents."

Bendann house-sat for the ▇▇▇▇ family but did not house-sit for the ▇▇▇▇ family. ▇▇▇▇ and ▇▇▇▇ spent the night at the ▇▇▇▇'s house when Bendann house-sat there.

▇▇▇▇ recently told ▇▇▇▇▇▇▇▇▇▇▇▇ that ▇▇▇▇ had previously told ▇▇▇▇ for him and his friends to not go anywhere with Bendann alone. ▇▇▇▇ did not go places alone with Bendann and did not feel comfortable with Bendann. ▇▇▇▇ told his parents he did not like when Bendann hugged him.

Over Christmas break 2022, while discussing a staffing change at The Gilman School, ▇▇▇▇▇▇ stated that the staffing person was leaving because of the "Bendann stuff." ▇▇▇▇ also stated something similar to "I have so much on that guy (Bendann), I could put him away for life." ▇▇▇▇▇▇▇▇ did not ask ▇▇▇▇ was he meant by that statement.

▇▇▇▇ advised that ▇▇▇▇ hung out with some college aged boys over winter break and after the college aged boys left, the current Gilman students said they needed to come forward in regards to Bendann. ▇▇▇▇ thought the current students wanted to put a stop to what was happening.