

# BALTIMORE COUNTY POLICE
Case Report

Case Number
231460804
231460804-003
Report Type
Incident

| Administrative Information |||
|---|---|---|
| Assignment<br>CIB Children | Sub-Assignment<br>Sexual Child Abuse | Disposition |
| Situation Found<br>G2 - Rape | Incident Summary | NIBRS Exception Clearance Basis / Date |
| Summary ||||

| Incident Information |||
|---|---|---|
| Dispatch Initiated On<br>5/26/2023 10:22:38 AM | Document Date/Time<br>8/23/2023 10:52:32 AM | Initial Reporting Officer<br>05249 - MARKEL, S |
| Occurred On | Or Between | Reporting Officer<br>05249 - MARKEL, S |
| Body Camera Footage Available<br>Y - Yes | If Not, Explain | |
| Teletype Notified<br>N - No | Notification Type | Telex # |
| Related Cases | Scene Processed By | |

| Location Information ||||
|---|---|---|---|
| Location Name | Address | | |
| Precinct | Reporting Area<br>060390 | Coordinate X | Coordinate Y |

| Additional Information ||
|---|---|
| Did the incident occur in a care facility? | N - No |
| Name of Facility | |
| License Number | |
| Does this incident contain an animal bite? | N - No |
| Does this incident contain financial related documents? | N - No |
| Does this incident contain threats against a school, student, or staff? | N - No |
| Does this incident contain bias related information? | N - No |
| Does this incident involve releasing or disposing of seized firearms? | N - No |
| Does this incident contain a possible elder or vulnerable adult abuse, neglect, or exploitation? | N - No |

| Elements Of Incident ||
|---|---|
| Confidential? | Y - Yes |
| Firearm Related? | N - No |
| Workplace Violence Related? | N - No |
| Repeat Offender Related? | N - No |
| School Related? | N - No |
| Witness Intimidation Related? | N - No |
| Gang Related? | N - No |
| Homeland Security Related? | N - No |
| CDS Related? | N - No |
| Assets Seized? | N - No |
| Sick/Injured Report Completed? (Form 273) | N - No |
| Use Of Force Completed? (Form 253) | N - No |
| Motor Vehicle Pursuit Report Completed? (Form 213) | |
| ShotSpotter Related? | |
| ALPR Trailer Related? | |
| Investigative Interview Conducted | Y - Yes |
| Warrant/Summons/Protective Order Explained | N - No |
| MD Crime Victim/Witness Brochure Issued | N - No |
| Security Survey Information | |

| Offense Information ||||
|---|---|---|---|
| Offense<br>Child Abuse Rape Sex Act 1st Degree | | Location Type<br>House - Single Family | |
| IBR Code<br>11B | IBR Group<br>A | UCR Hierarchy<br>02 | Crime Against<br>Person |
| Completed<br>Yes | Code Section | Hate/Bias<br>None (No Bias) | Tools |
| Cargo Theft | Drug Type | Burglary MO | |
| Domestic Related per NIBRS/UCR<br>No | Domestic Circumstances | Using<br>Not Applicable | Criminal Activity |

USAO-004263



# BALTIMORE COUNTY POLICE
Case Report

Case Number
231460804
231460804-003
Report Type
Incident

| Weapons | Premises Entered | Entry | Vehicle Taken or Attempted to be Taken |
|---|---|---|---|
| None | | | |
| Primary Objective was to Obtain the Vehicle | Location Detail | Traffic Lane Involved | Carjacking Circumstances |

## Suspect Information

| Name | DOB | Age | Juvenile | Race | Sex |
|---|---|---|---|---|---|
| BENDANN, CHRISTOPHER KENJI | /1984 | 33 | N - No | Asian | Male |
| Alias/NickName | Alias DOB | Alias Race | Alias Ethnicity | Alias Sex | Alias SSN |

**Addresses**
Home

**Phones**
Home

**Emails**

| Sex Offender Status | Sex Offender Registration Expiration Date | | |
|---|---|---|---|
| Ethnicity | Height | Weight | Gender Identity |
| Not Hispanic or Latino | 509 | 237 | |
| Marital Status | SSN | | County Resident |
| S - Single | | | |
| Eye Color | Hair Color | | Hair Style |
| Brown | Brown | | Straight |
| Facial Hair | Facial Hair Color | | Complexion |
| Clean Shaven | | | Medium |
| Build | Teeth | | Accent |
| Medium | Good | | |
| DLN | DLS | | DL Country |
| | Mask | | Glasses |
| Jacket | Shirt | | Gloves/Hands Covered |
| Pants | Shoes | | General Description |
| Other Description | | | Injury |
| Employer/School | Occupation/Grade | | Hours of Employment |

**Burglary/Robbery MO**

| Alert Type | Start Date | End Date | Notes | Last Updated By | Last Updated On |
|---|---|---|---|---|---|

**Scars, Marks and Tattoos**

**Additional Suspect MO Comments**

## Victim Information

| Victim Type | Victim Of |
|---|---|
| Individual | Child Abuse Rape Sex Act 1st Degree |

| Name | DOB | Age | Juvenile | Race | Sex |
|---|---|---|---|---|---|
| | /2001 | 17 | Y - Yes | | Male |
| Alias/NickName | Alias DOB | Alias Race | Alias Ethnicity | Alias Sex | Alias SSN |

**Addresses**

**Phones**
Mobile

**Emails**

| Pertinent Hate Crime Information | Domestic Victim per NIBRS/UCR | Rape Completed |
|---|---|---|
| | | Y - Yes |
| Injury | Circumstances | Justifiable Homicide Circumstances |
| None | | |
| Ethnicity | Height | Weight | Gender Identity |
| Marital Status | SSN | | County Resident |
| | | | Resident |
| Eye Color | Hair Color | | Hair Style |

Case 1:23-cr-00278-JKB  Document 183-3  Filed 01/10/25  Page 3 of 9

Page **3** of 7



# BALTIMORE COUNTY POLICE
Case Report

Case Number
231460804
231460804-003
Report Type
Incident

| Facial Hair | Facial Hair Color | Complexion |
|---|---|---|
| Build | Teeth | Accent |
| DLN | DLS | DL Country |
| Hat | Glasses | Gloves/Hands Covered |
| Jacket | Shirt | Other Description |
| Pants | Shoes | Circumstances |
| Employer/School | Occupation/Grade | Hours of Employment |
| Under Influence Alcohol | Under Influence Drugs | Cohabitant at Time of Offense |

| Alert Type | Start Date | End Date | Notes | Last Updated By | Last Updated On |
|---|---|---|---|---|---|

| Offender | Relationship | Domestic Relationship | Household Status |
|---|---|---|---|
| S - BENDANN, CHRISTOPHER KENJI | Victim Was Babysittee (the Baby) | | |

Scars, Marks and Tattoos

| LEOKA Type | LEOKA Assignment | LEOKA Activity | LEOKA ORI-Other Jurisdiction |
|---|---|---|---|

Injury Description

## Witness Information

| Name | DOB | Age | Juvenile | Race | Sex |
|---|---|---|---|---|---|
| | | | N - No | | |

| Alias/NickName | Alias DOB | Alias Race | Alias Ethnicity | Alias Sex | Alias SSN |
|---|---|---|---|---|---|

Addresses

US - United States of America

Phones

Emails

| Ethnicity | Height | Weight | Gender Identity |
|---|---|---|---|
| Marital Status | SSN | | County Resident |
| Eye Color | Hair Color | | Hair Style |
| Facial Hair | Facial Hair Color | | Complexion |
| Build | Teeth | | Accent |
| DLN | DLS | | DL Country |
| Hat | Glasses | | Gloves/Hands Covered |
| Jacket | Shirt | | Other Description |
| Pants | Shoes | | |
| Employer/School | Occupation/Grade | | Hours of Employment |

Scars, Marks and Tattoos

## Other Entity Information

| Entity Type | Investigative |
|---|---|
| Interviewee | Y - Yes |

| Name | DOB | Age | Juvenile | Race | Sex |
|---|---|---|---|---|---|
| | | | N - No | | |

| Alias/NickName | Alias DOB | Alias Race | Alias Ethnicity | Alias Sex | Alias SSN |
|---|---|---|---|---|---|

Addresses
Home

USAO-004265



# BALTIMORE COUNTY POLICE
Case Report

Case Number
231460804
231460804-003
Report Type
Incident

| | | | |
|---|---|---|---|
| Phones | | | |
| Emails | | | |
| Ethnicity | Height | Weight | Gender Identity |
| Marital Status | SSN | | County Resident |
| Eye Color | Hair Color | | Hair Style |
| Facial Hair | Facial Hair Color | | Complexion |
| Build | Teeth | | Accents |
| DLN | DLS | | DL Country |
| Hat | Glasses | | Mask |
| Jacket | Shirt | | Gloves/Hands Covered |
| Pants | Shoes | | General Description |
| Employer/School | Occupation/Grade | | Jewelry Description |
| Injury | MO | | Hours of Employment |
| Other Description | | | |
| Scars, Marks and Tattoos | | | |

## Other Entity Information

| Entity Type | | | Investigative | | |
|---|---|---|---|---|---|
| Interviewee | | | Y - Yes | | |
| Name | DOB | Age | Juvenile | Race | Sex |
|  |  |  | N - No |  |  |
| Alias/NickName | Alias DOB | Alias Race | Alias Ethnicity | Alias Sex | Alias SSN |

Addresses
Home

| | | | |
|---|---|---|---|
| Phones | | | |
| Emails | | | |
| Ethnicity | Height | Weight | Gender Identity |
| Marital Status | SSN | | County Resident |
| Eye Color | Hair Color | | Hair Style |
| Facial Hair | Facial Hair Color | | Complexion |
| Build | Teeth | | Accents |
| DLN | DLS | | DL Country |
| Hat | Glasses | | Mask |
| Jacket | Shirt | | Gloves/Hands Covered |
| Pants | Shoes | | General Description |
| Employer/School | Occupation/Grade | | Jewelry Description |
| Injury | MO | | Hours of Employment |
| Other Description | | | |



**BALTIMORE COUNTY POLICE**
Case Report

Case Number
231460804
231460804-003
Report Type
Incident

Scars, Marks and Tattoos

### Other Entity Information

| Entity Type | | | Investigative | |
|---|---|---|---|---|
| Interviewee | | | Y - Yes | |

| Name | DOB | Age | Juvenile | Race | Sex |
|---|---|---|---|---|---|
| | | | | | |

| Alias/NickName | Alias DOB | Alias Race | Alias Ethnicity | Alias Sex | Alias SSN |
|---|---|---|---|---|---|

Addresses
Home

Phones

Emails

| Ethnicity | Height | Weight | Gender Identity |
|---|---|---|---|
| Marital Status | SSN | | County Resident |
| Eye Color | Hair Color | | Hair Style |
| Facial Hair | Facial Hair Color | | Complexion |
| Build | Teeth | | Accents |
| DLN | DLS | | DL Country |
| Hat | Glasses | | Mask |
| Jacket | Shirt | | Gloves/Hands Covered |
| Pants | Shoes | | General Description |
| Employer/School | Occupation/Grade | | Jewelry Description |
| Injury | MO | | Hours of Employment |

Other Description

Scars, Marks and Tattoos

### Narrative

On May 12, 2023, this detective received a phone call from a 22 year-old survivor victim, ▇▇▇▇▇, in reference to a sexual abuse that occurred in ▇▇▇. An interview was scheduled for May 25, 2023 at the Baltimore County Child Advocacy Center. The following is a summation of that interview.

The interview was audio and video recorded and conducted by Federal Forensic Interviewer, Margaret Sweeney; LMSW. For a full account please refer to the actual recording.
▇▇ shared that he is currently 22 years-old and is in the bar and restaurant business. ▇▇ said that he was there to talk about an incident that took place with a former Gilman teacher, Christopher Bendann. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and having flashbacks and vivid memories from an incident that happened to him when he was younger. When he returned home from ▇▇▇, he heard the news about Christopher Bendann. ▇▇ indicated that he called in April 2023 to speak with investigators but didn't hear back in reference.

▇▇ has been speaking about the incident ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ who encouraged him to again report the incident. ▇▇ said ▇▇▇▇▇▇▇ gave him the contact information for the Crimes Against Children Unit.
As the interview continued, ▇▇ said that the abuse took place approximately 5 years ago. ▇▇ was a ▇▇▇▇▇▇▇▇▇▇▇▇▇. ▇▇ shared that ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ who recommended Christopher Bendann as a house-sitter. Christopher Bendann house-sat for their family on two occasions. One time in the summer of ▇▇▇ and another time in the early spring of ▇▇▇. In ▇▇▇, ▇▇ was 17 years-old and home with ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ On the Friday of that weekend, ▇▇ had a party at the house. Mr. Bendann was not okay with the party and told ▇▇ to shut it down. ▇▇ was angry and got into an argument with Mr. Bendann. ▇▇ said that he called Mr. Bendann a slur about him being an "Asian closeted homosexual". Mr. Bendann became very angry to the point that ▇▇ thought he was going to hit him. Mr. Bendann called ▇▇

**BALTIMORE COUNTY POLICE**
Case Report

Case Number
231460804
231460804-003
Report Type
Incident

parents and the argument continued over the phone. ▇ ended up leaving the house that night and going to a friend's house. ▇ estimated that he drank eight beers and one shot during the evening but later only smoked marijuana at his friend's house. ▇ came back to the house at 0400 hours and saw Mr. Bendann in the kitchen ▇▇▇▇. ▇▇▇▇ told Bendann that he didn't want to drink it. Bendann became angry again and told him that he had caused enough trouble that evening and he needed to go to sleep. ▇ drank the tea and went to his bed. ▇ recalled that he went to bed in his clothes. ▇ said that he woke up at one point and Mr. Bendann was dragging him into the shower. ▇ was naked and Bendann put him the tub of the shower. ▇ asked him what he was doing and Bendann told him he was drunk. ▇ said he was going in and out of consciousness and it felt like he was under a heavy dose of Benzodiazepines. ▇ told Bendann to give him more of whatever he had given him because he didn't want to be awake for what was happening. Bendann told him he didn't have anymore. ▇ said that he recalled being on the bathroom floor ▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. The next time he woke up he was on his bed in his bedroom completely naked. Bendann was on top of him performing oral sex on him. ▇ began yelling that it was "just a dream" and "stop". Bendann put his hand over ▇'s mouth and told him to be quiet. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ yelled "no" and ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. ▇ passed out again and when he woke up, Mr. Bendann was raping him. ▇ said that his penis was erect and Mr. Bendann was squatting over him and having ▇ penetrate his anus with his penis. Brendan was still next to him on the bed when this was happening. When ▇ woke up later the next day, he was only wearing a towel and ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

As the interview continued, ▇ said that Mr. Bendann was very nice to him the next day. ▇ woke up ▇▇▇▇▇ and Mr. Bendann took him to ▇▇▇▇ for breakfast. Mr. Bendann told him that he should be careful when he drinks. ▇ said that it seemed like Mr. Bendann was cautious as if he was unsure if ▇ remembered anything.

▇ recalled being in college and having memories of this incident and questioning his sexuality. ▇ said that he always thought Bendann was gay because he would have conversations with him and ▇▇▇▇ about everyone being "inherently gay". ▇ recalled a time when Bendann gave them historical references of men on long trips at sea engaging in homosexual behavior. ▇ added that he never saw Bendann dating women, he spent all of his time with children. ▇ shared that when he first found out about the news regarding Bendann memories flooded back to him and ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

▇ confirmed that this incident happened at his parent house on ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. ▇ said that after this incident Mr. Bendann never house-sat for their family again. ▇ said he believes it was at Bendann and his parents request after the argument. ▇ ▇▇▇▇▇ was friends with ▇▇▇▇▇▇▇▇ because they played lacrosse together. ▇ said he was friends with ▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ new that he Bendann would also frequently house-sit for ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

The interview was concluded.
--------------------------------------------------------------------------
6/22/23  0800 hrs     Det. S. Markel #5249

On June 21, 2023, this detective conducted an interview with ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ at the Child Advocacy Center. The interview was conducted in room #3 of the center and was audio and video recorded. The following is a summation of that interview. For a full account please refer to the actual recording.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ shared that they have ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. They knew Mr. Bendann ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. The ▇▇▇s said that they currently live at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and have lived there since 2008. The ▇▇▇'s shared that they knew Mr. Bendann housesat for many families in the area and hired him on two occasions to housesit their home. The first time Bendann housesat for them was in ▇▇▇▇▇. The second time Mr. Bendann housesat was ▇▇▇▇▇▇. The ▇▇▇s recalled that there was an argument between ▇ and Mr. Bendann during their ▇ trip. They said that they received a phone call from Mr. Bendann saying that ▇ was trying to have a party in the garage. ▇ and Bendann got into a heated argument and ▇ considered coming home from their trip to deal with the situation. During this trip, ▇▇▇▇▇▇▇▇▇▇▇▇▇ were at the house. They believe that ▇ may have spent the night out on the evening of the argument. As the interview continued, the ▇▇▇▇'s recalled that the occupants of the party were ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. The ▇▇▇▇'s also shared that ▇ was 17 years-old at the time ▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇ also shared that she paid Mr. Bendann VIA Venmo and still had the transaction from the stay in her Venmo account. ▇▇▇▇▇▇▇▇▇▇▇ displayed the transaction on her phone for this detective to see. There were three transactions on ▇▇▇▇▇▇▇▇▇▇▇▇; (1) $25.00, (2) $125.00, (3) $90.00. ▇▇▇▇▇▇▇▇▇ said that she sent $25.00 to Mr. Bateman for food reimbursement, and the other two transactions were for this housesitting service.

As the interview continued, the ▇▇▇▇▇'s shared that they were informed ▇▇▇▇▇▇▇ that a letter was sent to parent's regarding



**BALTIMORE COUNTY POLICE**
Case Report

Case Number
231460804
231460804-003
Report Type
Incident

Bendann being terminated from Gilman for buying alcohol for Gilman students.  Shortly after, they found out that Bendann was arrested for sexual abuse.  They spoke with ▮▮▮▮ to inquire if anything ever happened between ▮▮▮ and Bendann.  ▮▮▮▮ initially denied anything happening.  ▮▮▮▮ recalled that on March 26th, ▮▮▮ reached out to him and said he thought something may have happened with Bendann but he wasn't sure.  On May 25th, ▮▮▮ texted them and asked if they were home and if he could talk to them.  ▮▮▮ came to the house and told them that he just left the Child Advocacy Center and reported that Mr. Bendann sexually assaulted him.  The ▮▮▮▮'s shared that this is the first that they learned about the incident with ▮▮▮.  ▮▮▮ said that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ said that ▮▮▮▮ strongly encouraged him to come forward and report the incident.  ▮▮▮▮ said that she was emotional because she couldn't protect ▮▮▮.  ▮▮▮ shared that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.  ▮▮▮ did not initially share any details with ▮▮▮▮▮▮ regarding the abuse but later informed them when they met with their family attorney.  ▮▮▮▮▮▮ said that ▮▮▮ shared with them that when he returned to the house after his argument with Mr. Bendann, Mr. Bendann told him that he needed to drink some tea because he couldn't have him going back out again and it would make him sleep.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ shared that he kept waking up after drinking the tea and when he woke up he saw Mr. Bendann performing oral sex on him.  ▮▮▮ didn't share any other details about the abuse.  No further pertinent details were gathered and the interview was concluded.

This case shall be presented to the State's Attorney's Office for a charging decision.
--------------------------------------------
8/23/23  1053 hours  Det. S. Markel #5249

▮▮▮-004269

4/20

ATTENDING MEETING
LOOKING FOR NEW JOB
HAVING MEMORIES of BEING
SEXUALLY ASSAULTED BY BABYSITTER
- UNSURE NOW TO PRESS CHARGES
- UNSURE ABOUT TELLING FAMILY
FEELS OTHER FRIENDS RAPED TOO
L

4/27 — NEW JOB GOING WELL
WANTS TO MOVE IN WITH FRIEND
REMEMBERS BEING FORCED TO DRINK
SOMETHING AND WAKING UP ON BED
IN MIDDLE OF BEING UNCONSCIOUS
BABYSITTER SAID HE'D GET IN TROUBLE
RE HE SAID ANYTHING