



Mr. Borden

Chris,
It's great to see your
growth over the years.
You nation would be so
proud. B's explosion
long overdue you this
weekend. Continue
the good work

Stay strong,





Brendann

Brendann, Playing
media with you was
amazing, you are a
fabulous individual and
we have both grown
immensely since I won
that trivia guys crush
with you in 6th
Grade. Thank you
for sharing your interstion
and inspirational stories.

Sincerely,

Budann

Hey, Mr. Bendann,

Thank you for being a great teacher, friend, and mentor. Your love for the students is known throughout the school and it has made you one of the most liked and respected teachers at Gilman. You have taught me so much during this retreat and I will ____ the lesson and apply them to my own personal life and family. Also thanks for the stories that made retreat not only a life lesson but an extremely enjoyable time.

Thanks,





Brandann

BB

From stories about your parents to discussing great your college opportunities you were circumstances So often and farmers with us claiming this relevant. This really helped me open up to my friends. Just like when you were my friend, Guide Posse on BX-5, you helped me to you as a Prison ... over the past 4 days

Thank you

[signature]



Brandon

Mr. B
a kind of thought it
would be cool to write you
a letter note so you always
have a chance to look back at
it as far as it goes. You
have really developed into
an interesting young man and
you should be proud of that.
Having known I think moments
flooded my best of all the
great times we had together.
I felt a different side of
you that I would not have
experienced with you when I
was a counselor, mentor, and
"father" to you greater, to a
extent you to come and trust me
as much as possible at Edward's.
Now I enjoy our bond still.



know how to have a fun
time ☺. Your opinion on life
subjects has always made me
critical so if you don't
mind please take some
time to chat with me. My
number is [redacted]
thank you so much Mrs. [redacted]
P.S. I thank you for the
candy, apple lollipops. You
know me too well!

Bordenn

I really appreciate your
wise words and small group
lecture. Thank you for
keeping us at the forefront
of your mind, and I am
extremely jealous that I
did not know you before.
You speak with the eloquence
of an eighty-year-old and
the intellect personally by of
a toddler. I can see
the inspectors personally by
us that it's never about
by the way you interact with
you, it's about us. You
don't yourself to bring
the best in everyone.
I encourage you to not
god complex and keep
your alive to improve

the greater world. because
you are defeated, capable.
Start with your family.
We must keep in touch -
you have made this retreat
So memorable - this is
literally the most food I
Speaks I've eaten in a
4-day period ever!

Mr. Bodeann,
I always knew you as that
funny, easy going middle school
teacher. Over reflect, I've
realized that is so much more
depth to you than I ever shipped
to think about. You had a
way of drawing the group's
general sentiment and reiterating
it in a really clear fashion
while also adding your own
thoughtful input. also really but
about forgiveness, also really need
to get forgiveness from some
of the people I've wronged.
Besides your input of ction,
I also think you are truly
a friendly and affable person
who invites conversation and. I
would love to catch up sometime.



Baraan

Mr Bourdoury,

Over this retreat, I've come to recognize you not only as a really fun and entertaining guy, but also as a pressure of some great wisdom. I still very lucky to have had you as my group leader, and you have played a huge role in making this a successful retreat for me over a lot of things. I'm not sure that I admire, and I look forward to keeping in touch.

-Z



Bardann

Mr. Bardann,

Thank you for being
such a nice person
to not only me, but
everyone else. You made
the transfer to Gilman
a lot easier and I
appreciate that. You are
very selfless, and can
fit in so many different
crowds which is a rare
trait for people to have.
Thanks for being a
leader and I wish
everything goes well
in your family. Good
luck with teaching
and everything else.

R—

Bendann,

I know that I was not
the best kid in middle school,
but I've grown up a lot since
then, and I'm really glad you got
to know the real me on this
retreat. I'm really glad to now
be able to call you a friend. You
opened up to all of us, and told
us so much and I really
admire that. You always listened
to what we had to say, and you
picked up on things that went
unsaid, which I admire. This showed
us that you really heard what
we were saying. You were a
great leader, and I wouldn't
want to have anyone else lead
our group. You did a great
job, and all of us appreciate
your honesty and care. I look



forward to definitely keeping
in touch in the future, and
continuing to let our friendship
grow. I definitely hope that
you stay in my life for a long
time. Thank you for all you've
done. You've made this retreat
a great experience. Much love,

W R

Chris, you know I haven't
been as appreciative as I
should have been through the
years, but I have had a great
time hanging out w/ you, you're
an a great friend. Gonna
miss you man. I'll be
sure to get you a shirt ch
from [point] in the near future
we will need to celebrate
soon

W.

Barbara

Bendann

Mr. Bendann,

I had heard stories about how you were a really cool adult and how you would feel up witch and things like that, but I'm really glad I got to actually get to know you on a personal level and see my already high expectations be exceeded. I feel like the one thing that speaks best to who you are like I said last night if that you just heard Tyler and I talking about him toriss and how we fuller double stuff, and sure enough next day you brought us both which is incredible, the actually addres the insignificant but what they represent, the way you listen to others and



how you're also just a selfless
people pleaser. I am honored
to have had the opportunity
to work together with you
on this retreat and I really
can't to keep in close
contact in the future.
Thanks,
T

Brendan
My dearest Brendan!
They — Haha! I wrote
they — Combo — Thank
you!
Thank you so much for
making me come to retreat!
I am officially drinking
the Kool-Aid! Retreat is
amazing & so worthwhile.
The only reason I felt
confident enough to
come was because I
knew I had my bestie
backing me up.
You have been an
awesome friend
over the past
5 years and I

I so very much
appreciate all
you have done
for me!

xoxo



Bendann

Bendann
you know I have
loved you ever since
tutorial class. I have
respected your tenderness
and the huge heart
you have. I love
you. you have a
stuffed animal, fuck
it. I have one too,
and her name is
miss. Piggy. I love
your humor and you
are a great teacher.
I+ is great how
you can relate to
kids our age.

Love



Brendann

- Brendann

there are a lot of
Hess. I think about
why I react to that
form of communication
with you. We are such
an amazing duo- that
I know that at some
point I am forced to
come up with words
to illustrate that. This
current movie at Hours
It is so hard to scroll
all the stuff flys by
are cued all gova stuff
Stopping Dow step bang
you. Boy did your know
once Dad kill it cut
of the pain exposed me
Hess, Lost w/ fingert me
R



Brendann

While you were my address
in 6th grade I wasn't really
there you particularly well really
(While we've both changed anyway).
So I was very happy to get to
know you better this week I was
So sad to hear about your mother
but you seem to be doing. It will
help you. I hope you feel that up.
You're a wonderful, vibrant, sweet
man who isn't afraid to be himself
and I really hope that this I hope
to value to get to know you



Beachum

Mr. Beachum,

you have always sort of
been a type of bridge for me,
as I've seen you more at ease
at school Than as a teacher.

Showing out with you, it
through battle and playin makin
an interest with you continue that,
helping you seem more like a
friend than any thing else.



Thank you so much for being
this friend to me,

Mr. Bowdown

Mr. Bowdown, I have found
on a new found respect of
what you have gone through
and who you are. In listening
to your speeches and introductions
I find many similarities. I too
enjoy food, stuffed animals. I even
kept score on people like you but
unlike me, you are striving to
no longer keep tallies. I look
up to you as who I can be
and thank you for setting an
example of the values of letting
go. Thank you. !!

-PK



Mr Benham,

BD, I have always known and liked you since 6th grade. You're kind of one of those people I very associate friendly, conversation, and calm with in general. I will miss you next year. Thanks for always helping me out whenever I needed it and keeping me on the straight path. Keep a close eye on Jayden for me. I will never forget how sad I was to hear about your mother. If you're such a good guy and you was so tough to hold it all together through it all and general comfort in your own skin is admirable. You're such just the man and you live such just a worthwhile life. Keep being you and shining your light. With love and thanks,



M. Barbara

During this trip, I have really gotten to know you and respect you. I've always known you are funny, but I did not know your personal story. As I said in the small group, you are one of the strongest people I know, despite calling yourself "soft". Thank you so much for being such a great leader and opening up to us. Also, thank you so much for being there for me when I was at my low. Chris I can't wait for this [Ashtes?] I can't wait for this band ve established on this retreat to grow and prosper as time goes on.

Love you Young Papa Chris,

M R



M. Bordain

i DON'T THINK THERE' COULD

HAVE BEEN A BETTER TEACHER IN

THIS GROUP. YOU WERE LOVING AND

CARING WHICH I LOVED. WHENEVER I TOLD

PEOPLE THAT I HAD YOU, THEY

WOULD SAY THAT I AM SO LUCKY,

AND NOW, I HAVE FINALLY

SEEN HOW LUCKY I ACTUALLY

AM. YOU ARE THE G.O.A.T.

- A█████

    W█████



M. Bendan

Dear ~~young Ryan~~ Chris:

I simply don't know where to start. Well, let me just say first that it has most definitely been a pleasure to get to know you better over the course of the retreat. You are a very warm-hearted person and I wished there were more people like you in this world. The many you and there for us is very reassuring and comforting. Of course, just as you've said, let's meet up once or twice later this year and I will definitely invite you to my parents' restaurant so that we can chomp down on those dishes to eat together.

Warm regards,
W



M. Barolan

too reas. I'd heard that you were a cool guy and all but I had no idea it was to this degree. You're open and understanding and fucking hilarious. I can see client wants so many of my peers look up to you, as I have learned to.

I sometimes have trouble opening up to adults about my feelings, and that was what I attempted to convey by saying that you were "one of the guys". You made me feel safe & okay with sharing. I honestly changed my life...

THANK YOU



Mr. Barbosan

Mr. Barbosa

When I saw you were my Tracker leader I was elated because you were one of the few faculty that I knew I would have no real problem opening up to. There are certain faculty either due to seniority or reputation that I simply wouldn't feel as comfortable sharing what I said to them. I can't really pinpoint any single action that you did to make me feel comfortable. I'm surely here a contributing although Homomatic attribute that everyone can feel. Because of this, you were probably the most integral piece of me opening up. I trusted you at whatever you actually did somehow specific. I appreciate you dedicated to this given and so will and every situation. When I find the right details for IIS it will be sure to text you.

-5H



Mr. Benham
   Thank you for an amazing
retreat. Even though I never
had you as a teacher or as
my one advisor, you remain a
role model in my life. Your
happy attitude and zest for
life always has cheered me
up. You also indirectly showed
me that its important and
good to be emotional. I used
to hide myself out of fear of
vulnerability but I ██████ now
am not.

                Thank you,
                    ██
                    ██



Mr. Brydan
I know I seemed like
a really quiet kid in
middle school. But I really
enjoyed the humor you
would bring to every
situation. The way you opened
up about your mother
makes me want to open up
more. You are such
a funny, individual, and
teacher. I admire your
comedy and love the
dedication you show to
the Culmen community.
— H



Mi Berdann

Dear Young Pope CBrid,

Although I believe never
before this retreat,
I was still excited when
I learned you was my
penalty leader. I'm extreme-
ly glad you invites a setting to
[...] you have been such a
[...] source and you have been such a
thoughtful and [...] sharing your
stories and life experiences
has been very powerful. No
thank you for that. Yesterday,
I said you reminded me of
Mr. Jonen Spirit and I
think it is so true because
you connect with us and make
us feel the like you are just
one of the [...]. You speak



Mr. Berdann

volume to you as a person and
brother, All I am close with is
that I hope to get to know
you even better, I want to
keep open in my life an
unselfish source of love
and guidance moving forward.
Thank you and God grant
love.
    —B,

Mr. Berdann,
    I was never fully
sure how you valued our
relationship but talking to
you about family on thought
Friday night gave me the
answer. It really wasn't clear
to me that you took the
time to talk to me. I think
you are fair to who I
really am and many people
don't. That meant a lot to me.
You are a special human being.
I am very fortunate that you
raised my athletic career so
that we could become close.

Thank you,

Mr. Brodan

Brendan -
Thanks you so much
for being such a great
your teacher. You were a
large part of the grow
chemistry and this period
would have been without
different without you.
Even though its world a
safe space we created a
great and comfortable
environment. I'm really
glad to what [redacted]
[redacted] able to learn more
about you and got closer
s+ we were humor each
after for a while. I hope
we are able to mentor
my relationship!
[redacted] your extend,
[redacted]W



Mr. Borden

Mr. Borden,
I've got to tell you that you're one of the best teachers that I've ever had at Gilman if not the best. I admire how smart, every conversation I have with you is and how of a kindhearted and genuine person you are. You live life to the fullest, and I will forever envy you for that. Thanks for telling us your good stories and thanks for always talking to me and the other juniors. We all appreciate it. I'm excited for next year when the current juniors get to run the program, and I'm excited for you to be there. Thanks for everything.
14



Mr. Berelann

Dear Mr. Berelann
You are a really special person somehow
you are Glenn's older brother and father
and together a real teacher at the
same time. I think you're able to do
it because you are so genuinely
caring of others, which as I've reflected
over the past week, has
theron ma treat that I hold higher
than yourself. That's amazing. Thank
you for being a great friend to so
many of us. I really like I can tell
to you about basically everything.
Thank you.
- B



Dear Mr. Bordoon,

We only met really briefly for one year, but I still feel like we have a special relationship with you because of how many times you took my place if you screw me up... go through my life and helped me get through it. I think I've changed a bit since middle school, so I think we've grown closer as friends than we've even singing for all.

Thanks for coming on retreat and

Sincerely,



M. Basbean

Hey big guy!
I remember you baby-
sitting my house freshman year
like I was yesterday. Coming
to Ginen, I had only heard
rumors of you and quickly
found out you live up to
your legendary status.
Man's nothing I am more
than proud debates with
you at man ██ You've
opened my eyes up to a
lot of things, so I guess
██ you're doing your
job here we cin bring
a lot more ?? I mean if
you want me out to
breakfast with my brother.
love you
C██

Bardann

Bernh!!! Dear Mr.B, I have enjoyed
getting to know you more on a
personal level through this retreat.
I always enjoy the stories you'd tell
made me learn more about the ins and
outs of Dillman. I will always cherish
the moments in the art room with
Mr.A, that was a good time during
study halls and I won't forget those
moments.

Benham

Mr. Benham,

I'm really grateful that I
got to be apart of your group
on this retreat. You're someone
that uses comedy as a fun outlet
but also know when a situation
is serious. I have alot of respect
for you & also your open-minded
opinion towards my faith. Again,
I'm always grateful & won't forget
to say "hi."

Much Respect,