

Brendann

Mr. Brendann,
I am so glad I have been able
to get to know you the past few
years and through this retreat. I
appreciate your ability to make light
of darker situations so much and
you always manage to make me laugh
Even still, I feel I've learned so many
important things from you like thinking
more critically about who I am
friends with.

-W



Brendann

Mr Brendann,

I am so thankful that you were our faculty leader for this year's retreat. Though I didn't have the pleasure of knowing you previously as I didn't come through the middle school I felt we immediately connected through your Stone Flour for sweatshirts, your Joytel honesty, even when can touchy societies, Made it much easier for us to open up and really elevated our experience. Thank you so much.

Bordan

I was really excited when I
found out that you were
in my faculty lecture. You
are a really easy person
to open up to. I've had
a lot of fun hanging out
at Wolff's [and] Francis'
houses. I look forward to
seeing you more. [god?] I've learned
a lot from you.

— thanks, L ▇

▇

Mr. Bendann

I had a lot of laughs and lows in your class.
I remember the 36 on the Trojan War test and
my parents lashing out on me for not telling them
like it was yesterday. But that and so many lessons
you taught me have helped me grow as a person
and I'll be forever grateful for having you as a
teacher. When you talked to the group the other day,
it made me wish I had you every year of high
school because you always make me laugh and make
boring stuff interesting. I hope we can chat if
we get a chance.

Bendann

Mr. Bendann you always been
alright in my journey through
Gilman. I always loved our classes
and our conversations. You've made
me feel so welcomed at Gilman.
I like that you have always treated
me so kindly. Your taste in music
and love for Disney will forever connect
us. Even though Ms. Allen is a better
singer. Your honest approach to teach
and life whether it's harsh or kind
is infectious. I made it like Gilman
where I wore a mask for so
much the experience you made
memorable having honest
emotions. Thank you ~ M

Brendan,

Oh wow, middle school was not a highlight for me. I want to thank you for the help you gave me. I mean more to you than I can imagine. Will you keep me though? Life is so crazy right now. Did you homework, but your class and reading always fascinated me. Thank you, I've done it.

Love you, ▮▮

▮▮



Bordeaux

Mr. B,

I have lived your as a hearing, but it feels like I have know you the first time I saw you, you've known my name and we I saw your effort to get to know everyone who you out of these unforgettable people with courageous kindness. I hope you keep this and morales in check after I leave. They definitely need it.

S—
C—

Bordann

The ageless Mr. B,

Words can't express the
extent to which your presence
is felt. Even in middle school
you have this vibe that's
super contagious. You relate
your life to ours consistently.
Thank you for opening up
to us!

Best,
S█



Brendann

Mr. Brendann,

Where to begin... I'll start by
saying that you and I are
more similar than I ever
realized. Our humor, attention
to detail, and inclination
towards art and music are
eerily similar. Being in your
homeroom was a unique experience
to say the least... but I loved
every second of it. Thank you
for keeping an eye out for S█████
that kid is trouble. I will miss you,
your handshakes, color-coordinated
pastel outfits, dry sarcasm, deep
empathizing, loving nature, and
enthusiasm next year.

- A█████



Brendann

Hey Mr. B, I know this letter may come as a surprise as I haven't got much time with you on retreat, but I couldn't pass up this chance of expressing my feelings towards you. You have taught me so much on who I am as a student and for what your class here had such a drastic effect on who I am as a student and for that I am grateful. Looking back I can clearly see why students who were filled with their Gilmon careers made an effort to visit, from class to those late night study sessions that you got pizza for. You always encouraged my growth as a student. You are an excellent teacher, a wonderful personality and an embodiment of everything Gilmon stands for. Thanks for everything,



Bondram

Dear Mr. Bondram,

Thank you for being the avenue best matter. I have had the priviledge of having. When I came to Gailman I was scared shitless about what I was and what was going to happen to me in a new environment and you were immediately such a light to me. I truly cannot express how grateful I am to have you in my life. Thank you

Bondram

Dear Mr. Bondram,

I'm not sure where to begin. You've had such a profound impact on but me as a student and now my profession. You fundamentally changed how I approached my education and the way I coached myself my life on trials. I know I wasn't exactly a fan of yours at first but I came to appreciate it truly. That's a lot of me I owe to you for better or worse. But I am grateful for everything you have done for me.

Sincerely,
B. W.



Bladians

Dear Mr. Bowdorn, I loved your history class.
Your dedication to teaching has made me excited to
history and research. Your income makes good
reminds me always that looks won't everything.

May God bless you, and may you find him.

—Tommy says hi!
—Ken

Mr Bowdorn,

I did not know you to this.
In fact I disliked you. I could
not have been enough in
my injustice stage decision
on you.

You made me feel comfortable
to share you speak with clarity
& appreciation. Thank you for
helping me thru this. I
struggle with opening up, but
I there b/c Amy-Lows here.
Thank you for being a good
adult in my life — one of many
that will always be there
for me, —

Bradley,

Since I came to Gilmer, your letters are immediate light and person to look to. I knew you weren't serious. I received a relationship with when I heard all my classmates constantly talking about with you or Holly doing classes that Jones Hewes had with you. Seems like yesterday you told me that next week is my house that you were "only here for being so great this week for the Pokemon gym?" I think you and I look forward to continuing our relationship in the future. Like I said last night whenever I return to Gilmer your office is one of my first stops.

Love,
R.

Bandana

It has been a great time to meet with you. I'm the first time in this experience. Before this experience, I have heard you as a kind and helpful person who always look out for his students. Even after their graduation. Your balance between funny and serious talks has always been able to draw students to you and I can see you enjoying these experiences. Your feedbacks to me and other students in the final interview show me that you are a careful person who want to make sure everyone is comfortable in your group. Lastly, I hope you a better year.

Brandon

It's been so amazing to get
to know you better & this
holidays. Even though I miss you
you as a teacher, I have learned
more about you than other students
and I am very fortunate that you
"you are so able bright in the"
Gorman community and I
hope you never lost that. I also
would like to thank you for
coming to GSA. As a co-pre-
sident of this year. I know I it
had been cleaning up the year
is for many & I have stood that
and this is all I have is to you
I can't wait to & come back
and visit after college and I
hope we see each other soon.

⬛️
⬛️
Edelweiss

Mr. Brendann

First, I am very, very thankful for you, Middle School was very hard for me, but you keep me in check when I started to go off of my path. I always laugh when I think back to you close, and I cringe at the memory of our encounter at Eddie's Both. Memories somehow invoke you, me, and my Mother. She talks about you often, and I always become weepy when we talk about you. I will come to you more often now, especially considering that you are such an important person in my life.

Thank you,

N [redacted]

Bandana

Mr. Bandana, You are the
reason I enjoyed this district so
much. I have never felt so
comfortable in the presence of
a teacher. Although I have known
you for a while we haven't connected
on a level as deep as the last few
last few days. I have always wished to
be the type you interval you make
relationships with so many people
I have tried to do things since I
graduated while I did all of this
never one so much happen too
are a special teacher but others
is blessed to have and I cand
have you inspiring everything
you. I've done the sick of few
days. I appreciate you so much

# Be still and do as I appease # I love you
# I miss you no flavor # I miss you



Brendan

I've always been jealous that all the kids I've known since middle school, as well as my brother, have gotten the chance to get to know you. I've never gotten an opportunity to interact with you, and I definitely had every right to be jealous. You're a really well rounded guy who — I was so lucky to be paired up with. Though I'll always be mad that you didn't tell me you were bringing Popeyes sandwiches. I loved to ~~hear~~ hear that we 5th share a love for fried chicken, and that we have similar opinions on what other people think is good fried chicken vs actual good fried chicken. You made this retreat better than I imagined it would be. Thank you

Dr. Mr. Breecham

One of the greatest parts
of my Tallman career has
been getting to know that
many of my friends, our
friendship has grown so
much. You are one of the
greatest people I have
ever met, one thing I
feel like I must mention
is how much you have impacted
impact others lives I know
I probably sound weird
me, but I have seen the
impact you have on the pll
when I was able to teal
Luckey I was able to with
be involved by (J ed with
when I look back at my
years here I will remember
all the great memories three

Mr. Pendima

I wanted to say thank you for the speech you gave. It really affected me, and it helped me realize some changes I need to make in my life. I haven't been the best son recently, and you inspired me to start making up for all the times I've been shitty now. My parents won't be around forever, and I need to tell them how much they mean to me, before it's too late. Thank you for always being on lead and smiling face and for making this retreat so special.

Thanks so much,

— C

—

with you. I feel congratu... you Mr. Bordenay to say to you. I'm g25 you too this is it then it's Let's make that ... cool! make that

— B

Barbara
I don't know where
to start. Role model,
great friend, mentor
etc. You are
a key stone part
of my life. Your
professional care and
love for me and all my friends
is something that
I cherish deeply
Thank you for
being a great true
friend and I will
miss you deeply next
year. Hope you thm
why was

-JM

Bredann

Mr. Ben Denny, before this
retreat I didn't really know who
you were. Most of the guys who had
been at Gibson for a long time always
go on and on about you or at me I know
why. I've never seen a grown-up
like you break up faster than when
you brought the chills read willpower
and hearing your 3 am ghost
stories was a highlight of the
trip. It's a shame I wasn't
in Gibson middle school to have
you as a teacher but I'm glad
I got to meet you before
graduating.
- M▮

Brandon

Mr. Brandon, you are truly a special person in the Gilman community and help make it the great place it is. Without you my school experience would not have been the same. I know that we do not talk a lot but whenever I see you I get a little feeling in me reminding me of why Gilman is so great and that Gilman ourself happy with a special person such yourself. Talk soon.

Benjamin

I miss having the chance to
bicker in the morning and
have you look on in disdain
as I completed homework in
the morning at school. Ya all
seriousness though, thanks for
being a good friend to me
and my brother. I enjoyed
getting to see you move
frequently last year and
hope that I have the
opportunity to continue
connecting this year.

Tal.

Bendann

Thank you for everything Mr. Bendann.
You helped me a lot in middle
school and you are an amazing
person. I wish you the best for
the future. Thank you

(SW)

Bewdwina

Don't cry for me, Have filled
you are the literal embodiment
of friendship, ad excitement -
such a likeable person. Teachers
Help you improve ▮▮▮ so
greatly keep being you because
you're pretty awesome.
▮▮
▮▮▮

Brandon

Mr. Brandon,

I wish you could have been a
you guys but nevertheless, I
still feel really close to with you.
Only thing sad I've been imning
about n that coopership this
that we never got to go on
I would love to try and make
that happen with Bennett:
Chille senior year I'll try by
next often to see you in the
(middle school)

Much Love,

[redacted]



Mr Benddown
Wow... From 6th grade, you
have always been someone to look
up to. Sharing our passion for
dear teen for Wordsong for
music. talking to you is always
a light of my day. Simply,
but you are the epitome
of what I would like
to be. yourself, your
character, your person.
I'll miss you.