SUBJECT: Brendan

DATE

Mr. Brendan,

I hope retreat was a great time for you. You were always a positive influence for many kids in the middle school. I hope you can find room to grow as a person and strive to become better in everything you do. I hope the best for you and your future.

Sincerely,

[redacted]



Chris Bendann

Mr. Bendann –

This trip and going up with you as leaders has been an unbelievable experience. Your wisdom and guidance has allowed me to grow throughout my life. I would not be the person I am today if it wasn't for you Mr. Bendann. Life I told you last night you have helped shape in an extremely significant way. Honestly I have been so impressed in how you have dealt with the passing



Of your mom. Time
after time, your sensitivity
inspires. Being your mom were
the first teacher to
treat me more than
just a student but
a friend. My writing
does not sum up
how much you inspire
me. I thank you so
much for everything
you have done for
me. I know these
conversations will
continue...

Thanks for everything
J

Chris Bordoun

Pooh Bear,
You have always been
a mentor and a great
friend since middle school.
I resisted not coming down
and visiting you over
the years. You were always
known how to make me smile
and I think that is
very special you have
truly shown you isist
on my self too laudon
this retreat.

Your friend,
N

Chris Bardoon

Mr. Bardoon, just a few moments ago you stated that you wanted to stay in touch with us. I completely agree I've had a lot of teachers who I've enjoyed talking to and being around, but very few who I've been able to consider a friend. Nor just a friend, a confidant and someone whose words I highly respect. Last night was powerful for so many reasons, but I can benefit. Stay strong, don't anticipate anyone's motivate for quite like I anticipate yours. You have an incredible introspective side to you that lets you understand what people are feeling unlike most people I've ever met. Don't listen when they tell you you're too loud with students. The world needs more teachers who care like you do.



Chris Bandana

Dear Brandon,

Thank you for all you've
done during retreat. I find
it hard to put into words
our relationship throughout
Gilman as we've had some
really cool conversations.
Hey, are we here
whether (spelling?) you know
if or not you've been a role
model for me. Someone I
look forward to look up to
towards when I question how
I still should carry myself.
You are one of the very few
respected faculty members
at Gilman. Thanks for just
being you

- N L

Chris Bondanza

Dear Mr. Bondanza,

Like I said yesterday the only memories I had of you in middle school before this retreat were you assistant teaching days and your sprinting during track practices. But after hearing your speeches, I've gotten to know you a lot better, and I've seen another side of you that I wouldn't have been able to have seen had it not been before this retreat. You are a very funny guy, but you also have a very philosophical side to you. Listening to you speak, I always hear good advice and insights from you, all of which I will make use of. You have been an amazing



mentor and I look to you like a brother (no racial, ha!). I'm glad to have met such a great person to turn to whenever I need to. I hope we can keep in touch! Thanks, again for everything.

— J
— C

Chris Bearden

I wish I went to middle school I wish I knew you free or six years ago. Your wisdom is mine-boggling. You understand such a wide spectrum of topics — from the genres of Tupak to the delightfulness of 5 gun AW you're able to converse with me and my classmates each at such ease. I have to all of us in saying you were born to be an educator and a mother of the future generations. You speak, and the room to always gets silent. I can't describe how much you brought to our small group. One letter or a handful of Thank you wouldn't do it your influence justice.

Dear Mr. Chris,
I thought I would try to find a happy medium by calling you that. Since I can remember we have always been very friendly. I have always thought you were very funny and have enjoyed your company. I have loved hearing your talks over this retreat and getting to know you as a nice person/level. I am so sorry for the loss of your mother, but the way you have reacted to it is amazing. You are so unbelievably strong and I admire you so much. You have taught me many life lessons throughout this retreat and I appreciate it so much. I look forward to continuing our friendship and getting to know you even better.

Sincerely, ▮▮

*Chris Bordson*

I apologize this letter has been so ▮▮ incoherent but it's because I strayed all of it by ▮▮ paper. I wrote this letter with sad ▮▮ considering that poor ▮▮ writing is the sad result.

Thank you again! ▮ I feel like we share a ▮ close to ▮ need from you VP (a life model) of ▮ Pay. I empathize w/ your love of animals. The loss of my cat mirrored the loss of ▮ ▮ a life ▮▮ of ▮ animals keep it but

Chris Benham

Thank you for sharing your time
with us this retreat. I know it
is difficult to interrupt everything
and set off for the Clagett
center, so I really appreciate it,
especially since it is not required
for teachers.

But more than just that, I am
grateful for the stories you shared from
your own life. You seem to have a
never-ending supply of them, and
they always fit perfectly with what
the question is. The difficulty of
talking about purse basketball lines
with it stopping, and that strength
in an inspiration.

I know I would have been very
to have had you as a teacher.
Even in these four days, you taught
me what it means to be a caring
adult, a good role model, and a truly loyal







Mr. Bowman

Mr. B,
You are one of the easiest teachers to relate to
I've ever seen. I am so happy you were able to
come on this retreat with us.
Your speech was so moving.
It really spoke to me (I
wish I had more time
to write this, but overall I
just want to say thank you
for being there for me throughout
all the highs and lows, Luke).
It was the situation in 8th
grade to giving me a big hug
last year. All I can say is
thanks and I will be sure
to keep in touch next year.
Your friend

You're perfect.

Mr. Borden



Christopher Kenji Baierlein

You da man, you da man.
Thanks for everything you
are literally such a little bird
& it's awesome. The 505 is
at school now so we gotta
roll. thanks for everything
always! it means alot to
have a cool faculty member
to cread with.

-Z

Barbara

So first off I wanna say
that I'm sorry for being a Belize
Drink a few times but in those times
I threw that I could count on
you to keep me in check. You
are a good friend to an
and I enjoy your Instagram
pictures it feel. On a more
serious note I have almost
a lot more respect for you
because it takes a certain type
of man to get up in front of
a bunch of concerned highschoolers
and deliver that powerful
if a speech. By Your Speech
In particular really got
with me and if you need to
talk about anything know that I
am always available
- H



Barham

Mr Barham,
I did not know you before
this week but you made
me feel like a friend from
the start. I see why every
Bellman Student loves and
respects you and I thank
you for our conversations this
week.





Breelaan

Mr. Bedawi,
We may not be as close as
some of the other guys in my group,
but I want you to know I really
respect you. You all somehow that I can
joke w/ and also maybe even to you
will listen and I think that's
a special thing. Thank you for
being that person for me and
everyone else. I look out for myself in still meeting
yourself, I'm just to grow a bit.
fulfillment, I'm just to know you
more though Chaplis and I'm very
happy that it worked out that way.
Thank you for everything you've done
and I'm looking forward to continue
our relationship.

- L

Bordonia

C. K Bordon,

After coming to Gilman
in 9th Grade, I got to know you
well. But before coming to Gilman I
knew who you were. Due to reputation
of your strong, impactful personality that
literally everyone at Gilman adores.
I am so happy that I am able to
go to whenever.

We need to work harder
on Trust because he appears to not
be bidding on bil. All is clue time,
he will realize how stupid leaving
Gilman was.

Let get Compete with Chase
and Trust soon,





Bendann

Dear Mr. Bendann

There is too much I wish to say, but I don't think there is enough time in the day to describe how much I care about you. There is a reason why you are the school-wide favorite teacher? You are unbelievably kind to every single person and you are the perfect person to come to for any situation. You are the person I go to when I am having a problem with my friends as well as the only person I go to when I am craving dinner from Baltimore's words can not express how much you do for me. I appreciate every thing you do for me and my friends. Whether it be making us vegetarian BBQs or watching Spiderman with us, I can not thank you enough. The one moment that stood in me

how much you care is when
Mike and I were eating in
Belvedere and you drove by us.
You immediately ~~walked~~ out~~t~~
~~went~~ I could have a just
waved and moved on. But you
immediately pulled over to come
talk to us. That made me
so happy. Thank you for being
the best guy and having such
an influence on me.
- G

SUBJECT Bogdan

DATE



Hi Mr Beauman

I've seen a lot of people getting real excited when seeing you. I guess I don't know who you are, so I never really responded, but now I know a lot more about you, & now we don't chance ? what life we are born into, but you definitely have lived your life well, and you can easily bring positive influence to people near you. I know you have concerns, but life is short and we better not any regrets. Japan and Korea (china also) are beautiful places. If you got a chance please visit these places. And if you are worried about your father, bring him too. Enjoy the time there. Life always...



goes to the best out come, and I really hope your life continue to be great, and influence kids to be their best.

Thank you for guiding us through the retreat. D and I'll see you again soon.

---

**SUBJECT** Brendan   **DATE**

Brendan,

Thank you these past few days of have been able to lead the group without you.

D've wanted to meet you since Graham grew older with that D know you for longer. D's time energy but also D need your creativity, your smile and approachable Newfoundland. D is so really to have gotten to know you + the newly-lit lights in my life.

Please keep in touch. D want to hear more kind things...





SUBJECT Bardeann

DATE

Hey Mr. Bardeann when
I was coming to retreat
I was excited because
I heard you were my
teacher leader
but I didn't expect you
to help me in the way
that you did when I
left the room after the
talent show I'm very
grateful for the fact that
you told me to share
how I felt during that
and just talking to me
in general about something
that was clearly making
me feel sad so thank you
Mr. B. From,



SUBJECT
Brendann

DATE

Mr. Bendaam, I never talked
to you during middle school.
After getting to know you I think
thats a real shame. Getting to
know you over these four days
has been a real pleasure.
I so wish I had been a part
of your class back in middle
school. The trip could've been
even better if I had context for
who you are. Thanks