

Brandon

Dear Mr. Berman,
I've really enjoyed spending time
with you since the last time we
spent time together this
past. Thank you so much for
everything that you've done
for me this week.

I've also really enjoyed learning
more about you as a person instead
of just as a teacher.

- Anonymous



Bradon

THE Ben-diesel,

You've been the best advisor I could ever ask for. I don't think I could be the same person that I am today without you. You have truly guided who I am and I will be forever grateful to you.

I love you more than any words. I think that we really have become friends over the past few years.

You are the best and I love you for you. We are all always here for you if you ever need someone to talk to.

Thanks, I love you.

███

███ I love you.



Brendann

Hey man I had no
clue who you were
coming into retreat but
these past couple days
have given me some clarity
you are one of the coolest
faculty members Gilman has
ever offer. In my opinion
and I am grateful to have
had such an amazing
leader. You are a pretty
genuine guy just as all
of the other guys in our group
are, keep it real B.B.!
You've made this retreat
really fun. B Scary with
your ghost stories.

Love,
Br

Benson

You are seriously one of the loneliest
Gilman teacher and I gave you with
anyway. This place must be horrible
like you. I think you personally
for sticking with me this position
but even though I realized I [illegible]



Barbara,
The pen, the moth, the
lizard... I've heard so
many cool stories about
you journey, heard but
after coming an easier
retreat with you those
stories and things I heard
about you we spot on.
You are truly a great joy
and I wish we grew closer
over the Next few months.
I'll have to make some
trips to the middle school,
or dinner at your house,
or something like that.
Thank you for supporting
me throughout this experience
and letting me open to you
right away. I tell you but
I wanted to tell you part
of my story because there



was a sort of safe
realm with. you where
I told you anything
you'll say anything
but also we can talk and
connect like we've known
each other for a long
time.

Bandana

Dear, BD

Don't call me Junn.
Killing. But actually not.
Lmall seriousness I'm
overjoyed I got
to spend these days and
nights w/ you. Last
night spoke for itself
itself. you're a giant
flick bird brother for
life. Glad we are closer
than you and will.

Love you
W ██
U.

Barbara

ILY. Thanks for everything.
Your caring nature is evident
through what you do and
believe. I wish I knew
Brandon more, I have never
been so interested/curious in
an individual. I wish you,
your family, and friends
the best. Thanks for being
my father, friend, mentor, and
brother. for this week.

W
W





Brandonn

Hey Mr. Brandonn,
You're such a cal dude to
be around! And I with I got
to know you more on this
retreat. Not to mention we both
dislike sports & like food and
Disney!



Chris Bandoag

Oh Mr. Bendon, your laugh is contagious. Nothing beats when you draw a 🦆 in cards Against Humanity. Although we haven't really known each other before the retreat I think we have grown close. I am excited for future trips to FoGo where we can continue to grow our relationship. You are a kind and caring man who has a big heart. Thank you for being an awesome leader.

Sincerely,
[redacted] P.



Chris Brendan

Mr. Brennan,
    for everyone
You are the "go-to answer" when
anybody ask "who was your favorite
middle school teacher?" This retired,
I figured out why. Though
you are older than us in age
you relate to every student
in such a way you feel like
a peer. You're words are like
that of a poet, always packing
a potent and wise punch.
My advice to you, keep on
being the relatable likeable,
intelligent, funny guy you
are. Keep doing what you love.

Chris Bowman

Mr. Bowman - I never had
you for class, but I've
still heard of & known how
cool of a guy you were. Up
to the now (though since we
haven't interacted too much), this
has only been something I've
weared.

And now it's more - this
true; in all , this retreat, it's
come to light how great you
are; all your stories and comments,
(What a way to break down
the student/teacher barrier.)
Like you said last night,
I can't wait to really have
meaningful talks, conversations?! [that]
when we say "how are you?"
we really care.

thanks for these last days &
all to come,

Chris Beacham

Mr. Beacham

Unfortunately ~~I~~ I never had you for class in the middle school but respect basis in your end group. Grayson always spoke highly of you and I can see why when getting to know you better on the retreat. I look forward to helping out with the future generation of Estonia Swords players.



Chris Bendann

Mr. Bendann
This is my first time meeting
you! I've been only heard stories
of your legacy from my friends.
So when I actually got to meet
you, I was very excited. I've
learned that you have a lot
to give, through work and
your actions. One of the
coal things that you brought
to our group was experience.
Hearing your stories made
me realize that you've been
through a lot that has
shaped you up to today. You
give only a few years older
then my brother and that has
made it much easier for me to
connect with you. I can now
confidently say that we were
friends. So, when I look into



Chris Berdann!

Mr. Berdann!

It was great having you as a middle school teacher) and even more amazing getting to know you on Senior Retreat. Your passion for Gilman and your job is inspiring and contagious. Thanks for helping to make Senior Retreat a memorable one for me. Wish you the best.

Cheers!

the future I know that you are someone I can count on + talk to and hang out with. Thanks for everything; retreat has been a blast!)

—[redacted]



Chris Bendann

Mr. Bendann,

As you are already aware, I was in your 6th grade Geography class and I can honestly say that through your class I acquired the foundation of good organization and the ability to process my thoughts in a way that I could clearly express than on paper. You are still the same fun and witty guy that I know five years ago. I hope to see you next year on retreat. If you never know I could be in your group next year too.

Chris Bendann

I really appreciate how you've been a part of my life over the past six years. We seem to have had a little bit of the contact that we used to have. At some point I think I was closer to you than I was to my father. I always enjoyed such activities as teaching you tennis, beating you left-handed, taking to video, Pogo & Chaos, accompany Forbes, stalking Forbes, and most more. I will definitely do my best to keep in touch when in college because I certainly value our friendship. I look up to you.

Chris Bonham

Mr Bonham,
One of my favorite moments
of this retreat is playing
Cards against Humanity with
you. Your so funny and
a joy to be around. I wish
we were better friends
earlier in life, but I
am happy to call you my
friend. Your going to do
wonderful things in life
because of your likability
personality. Keep being you.

Chris

Bordeaux

Chris,
I enjoyed getting to
hear your story. You have
a talent for connecting with
many different people. I'll can
confidently say that you have
made an impact in the lives
of many kids that walk through
Gilman. You are a Gilman
teacher because you love
being a part of this community
and it shows. Thank you for
your hard work and dedication
to being Gilman.

G

Bendavir

Dear Bender,
Thanks for forcing
me into this thing
again! It was so
awesome. Thanks for
being awesome
as always.

Wox Bestie
Bendavir

C. Bandam

Hey Chris,
Andy here. Thank
you for everything since I was
a young immature annoying kid.
You have always been a role
model and someone who I
respect immensely. I can
trust you with anything and
that is one of the nicest things
I believe someone can say
about a person. You are
fun-loving but are serious at
all the right times. Thank you
for everything you have done
for me.

- A

Kenji Borodan

What up ken, how's it goin? Our geography class in 6th grade was one of the fondest memories I have had in my Gilman experience. I know I told joke a lot with you, but that is the way I show respect and the way I show I admire you. I am very happy to have the privelege to have developed a relationship with you. Thankyou for being such a nice person.

-B



Chris Bendann

- It has been a pleasure being in your small group. I didn't know you travel in a middle school, so I didn't really know that he great. I found all that you are a very funny person who is also very helpful. The way you talked to us last night in small group was incredible. I felt like someone had finally figured me out. You are a fantastic person and I wish we had the to talk more

Chris Bendann

Mr. Bendann, I will never forget seeing you talking to Mr. Wilkins and hearing others speak great things about you and thinking to myself "Wow I wish I could have come to middle school at gilman so I could shoot the shit with him and know him well." I know you might think that's bullshit but it is completely and utterly true. This redirect has showed me that you're off and now more of the reason that I heard so much about your ability to define people and really cater their mind is such a remarkable trait and I cant you so much for the That you for making this retreat awesome.

Will the utmost respect,



Chris Benham

Chris Benham

I never really felt a
chance to talk with you
in middle school but like
sometimes I said last night like
were like some of these teachers
who I wish I met new better
because you seemed like a nice
guy. If I'm sad I was able
to get to know you more
during this rough patch. You're
such a cool person with a last.
Look of personality and a lot
of really good things to
say about everyone. I try at
least have such an
introverted personality because
otherwise we could have had
more of a buddy experience



Chris Bendaan

I was really excited when I found
out that you were my leader, because
you were young and you always seemed
like a really cool dude. I was right.
Though we only had a few days, I found
out that we really do have a lot in
common. From Disney songs to Tap to our
dads, it was really cool to get to know
you and prove myself that I was
right about you. I can't thank you
enough for- [what] you have taught me
on this retreat and I will carry
your words for the rest of my life.
I am glad to say that I now
know who you are and I am proud
to consider you a friend.

Chris Bendaan

Chris Berolann

B-D. ever since
you ripped me for
being a dickhead I
have been a completely
different person. You
have had more of an
impact on my life
than you'll ever know.
You are a real
role model @ Gilman
and an unsung
hero of my life



Chris Berolann

Mr. Bendeisel,

I often find myself
looking at the beginning
when coming towards the
end. That beginning was made
a positive, fruitful, strong
experience because of you.
I want to say thank you
for that and thank you
for being the same ?? file,
supportive, and genuine
person I can that with.
I know you probably
helped Mr Wilkins immensely
when he was going through
what happened. That effected
me and you. Thanks
for being there. When I
graduate a FB friend request
will be close to follow. -i



Chris Bendann

Mr Berlin I tried to keep a straight edge
to this. But I have always loved being
around you from when I first saw
you in middle school. You light up a
room and make everyone smile. Thank
you for being on Friday.
- Ro
P2
@

Mr. Bandan

You always seemed that happy middle school teacher I saw in passing.

But on this retreat it has been a great privilege to see you have a true life of the school and the students. I can easily see why the kids respect and like you so much - you really care about them.

Thank You
Kimberly Hammer



Mr. Beardon

Over these past four days, I have learned a lot more about you as a person. You have an impressive love for music and we definitely have that in common. I wish I could have had time to play the ukulele for you, but I'm going to send you an email with the link to it when we get back. You are an extremely caring person with an unbelievable, unwavering love for Silman and I hope you never lose that. You're a great guy and I hope we can spend more time together in the future.

Mr. Benedson

You're the best teacher I've ever
had. You're one of the greatest,
most genuine people in the
Gilman community, and I like
to think everyone sees that.
You've been of sauce of
guidance and a big light
in my last couple of years.
I feel we share so much,
from a love of the wild side
to our somewhat refusal
to grow up. I would not
have survived Ex & without
you. Thanks for always being
there when I needed you.

Much love,



Mr. B.D.

I never really got to know that well but I could tell that even in the few times we met I could always depend on you when I needed you the most. And before anyone could tell I was happy being that awesome person everyone loves.

Mr. B.P

BD!
Although our memories are few, I've always seen you as the teacher that makes Gilmon who is. You identify with all of us and gave us all a chance. While we've done our silly things, you never judge us. And for some reason I've felt comfortable talking to you always. I know I will be coming back to visit you and check in.

G.B.