### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | Criminal Case No. JKB-23-0278 |
| **CHRISTOPHER BENDANN** | * | |

## NOTICE OF APPEAL

Notice is hereby given that the above-named defendant, Christopher Bendann, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the judgment imposed in this action as set forth in open court on January 21, 2025

Undersigned counsel were court-appointed for the limited purpose of representing Mr. Bendann at the District Court level. Undersigned counsel will not be continuing to represent Mr. Bendann in this appeal.

Respectfully submitted

_____/S/_____
CHRISTOPHER C. NIETO, ESQ. #30031
GARY PROCTOR, ESQ #27936
233 East Redwood Street, Suite 1000C
Baltimore, MD 21202