IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. JKB-23-0278 |
| CHRISTOPHER KENJI BENDANN, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Court has received a request from a third party for the transcript from the trial in the above-referenced matter.

Accordingly, it is ORDERED that, by February 14, 2025, the parties SHALL STATE their positions as to whether an unredacted transcript may be provided to third parties. To the extent that either party believes that redactions must be applied to any testimony that was not provided on a sealed record, they must supply authority for that position. Further, to the extent that the either party believes that the names of any witnesses must be redacted, they must provide authority for that position, given that the witnesses did not testify under seal.

DATED this _6_ day of February, 2025.

BY THE COURT:

_/s/ James K. Bredar_
James K. Bredar
United States District Judge