

233 EAST REDWOOD STREET
SUITE 1000C
BALTIMORE, MD 21202

**NIETO LAW OFFICE**

O: 443.863.8189
F: 443.378.5723
CNIETO@NIETOLAWOFFICE.COM

February 10, 2025

The Honorable James K. Bredar
United States Senior District Court Judge
District of Maryland
101 West Lombard Street
Baltimore, MD 21201

Re:   *United States v. Christopher Bendann*
      *Criminal Case No. JKB-23-0278*

Dear Judge Bredar:

      With regards to the Court's order, ECF 204, we have no objection to an unredacted transcript being provided to third parties.

      Sincerely,

      _____/s/_____
      Christopher C. Nieto, Esq.
      Gary E. Proctor, Esq.