IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,          :
                                    :
v.                                  :    Case No. 23-cr-00278-JKB
                                    :
CHRISTOPHER KENJI BENDANN,         :
    Defendant.                      :

## ORDER

Upon Consideration of the Motion filed by Defendant Christopher Kenji Bendann, and the entire record in this case, it is hereby this __20__ day of ____Feb.____, 2025, ORDERED, the Motion is granted.

The transcript of proceedings conducted on September 20, 2023, is hereby unsealed.

_____
Judge, U.S. District Court
For the District of Maryland

1